UNITED STATES DISTRICT COURT  PAED
,JURY TRIAL  REQUESTED
*LIVIA M. SCOTTO*
*v. CREDIT SUISSE et al  SAUL EWING et al*
*AND ALL OTHER DEFENDANTS et al*

MOTION FOR ORDER OF
PRODUCTION OF GTHE  RECORDS  TRANSCRIPTS

RESTATEMENT  OF  LAW , TORTS
IN THE COURTS    1 st 2ND , 3RD 4TH , OF TORTS

STAY OF TRIAL COURT  SUIT
FROM VENUES FILED HERETOFORE

PURSUANT TO R. 4.5 (a) (b)  (1): FOR
ALL ANY CASES HERETOFORE FILED

COMPLAINT  FILED WITH AFFIDAVIT OF
SERVICE

INJURIES HARMS  CAUSE OF
MORBITY

WRONGFUL DEATH   MEDICAL
MALPRACTICE TORT MISFEASANCE
LIVIA M. SCOTTO  et al
   LIABILITY                      28 U.S.C.S. 1.6. 8.9. PROFESSIONAL

CARMELA A. SCIABARRA  et al          NEGLIGENCE VIOLATIONS
BREACH DUTY    CONDUCT

CONCETTA SCOTTO et al            COMPLAINT INSURANCE
FRAUD AGAINST  RISK REINSURANCE COMPANIES

V. et al  MAIMONIDES et al STATE FARM INC. et al

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

Livia M. Scotto
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S Air Force et al, County of Maui et al, P. Barker Photography et al, County of Honolulu et al, Bahamas Adventure Resorts Realty et al, Jonathan Beatty et al, Jordan Foster et al, Sematign Capital et al, U.S. Department of Defense et al OIG Board Veterans Affairs et al Department of Veterans Affairs et al Playboy Enterprises et al Vivid Films et al And Any And All Other Defendants Heretofore Filed et al

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)* 42 U.S.C. A 22 2000e(2)(c)(3)(h), Tortious Interferance

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Livia M. Scotto

Street Address 2710 Golf Heights, Circle

City and County Valrico, Florida, Hillsborough, County

State and Zip Code Florida 33596

Telephone Number (813) 689.8726, , 813.708.2038.

E-mail Address liviamscotto@outlook.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if

See Attachments

**UNITED STATES DISTRICT COURT**

Caption:

_Livia M. Scotto et al_

_____

_____

_Full name(s) of Plaintiff(s)_

v.

_A.R.B. et al_
_Jordan Foster et al_
_U.S. D.O.D. et al, N.Y.S.E. et al,_
_U.S. Customs et al_
_U.S. Air Force et al_

_Full name(s) of Defendant(s)_ AND ALL OTHER DEFENDANTS et al
SEE ATTACHMENT HERETOFORE FILED et al

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO._____

*[handwritten margin notations: 2:22-1176 OPM 2697, 2:22-1176 Ð c, 2697, 2:22-cv-2679-1179 J, CLOSED]*

This action is brought for discrimination in employment pursuant to (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

✔ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✔ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.    Do the same for any additional plaintiffs named.    Attach additional sheets of paper as necessary.

Plaintiff    Name: ADVENTURE RESORTS REALTY,

Street Address:
County, City:
State & Zip:
Telephone Number:

B.    List all defendants' names and the address where each defendant may be served.    Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.    Attach additional sheets of paper as necessary. U.S. CUSTOMS,

U.S. AIR FORCE,

Defendant    Name: U.S. DEPARTMENT OF DEFENSE

Street Address:
County, City:
State & Zip:
Telephone Number:

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: JORDAN FOSTER

Street Address:
County, City:
State & Zip:
Telephone Number:

**II.    Statement of the Claim** NEW YORK STOCK EXCHANGE

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

✓    Failure to hire me PAY SALARY

✓    Termination of my employment

✓    Failure to promote me

-2-

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

✓ Failure to stop harassment

✓ Unequal terms and conditions of my employment

✓ Retaliation

✓ Other (*specify*): ___SEXUAL HARASSMENT_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.     It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month)___10___, (day)___1___, (year)___2014___.

       12       25      2014

C.     I believe that the defendant(s) (check one):

    ✓ is still committing these acts against me.

    _____ is **not** still committing these acts against me.

D.     Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

_____ race _____          _____ color _____

_____ religion _____          _____ gender/sex _____

_____ national origin _____

_____ age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.     The facts of my case are as follow (*attach additional sheets of paper as necessary*):

IN CONTRACT WITH THE EMPLOYERS, MANAGERS, SUPERVISORS ALSO WITH ASSAULTS, SLANDER, LANGUAGE, INTONATIN SEX, SEXUAL HARASSMENT, DEMANDED PHYSICAL FORCING, UNWANTED TOUCHING, HOME INVASIONS, KIDNAPPING, STRANDING, EXPOSEURE TO ELEMENTS DENIAL OF SALARY, COMMISSIONS BONUS PAY, QUID PRO-QUO PROMOTIONS, TRAVEL AWARDS EXPENSES UNPAID OVERTIME, WEEKEND EVENINGS AFTER 48 HR PER/DIEM WEEK

-3-

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.    Exhaustion of Administrative Remedies:**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: _____*12/1/2014*_____ (*Date*).

B.    The Equal Employment Opportunity Commission (*check one*):

    ✓    has not issued a Notice of Right to Sue Letter.
    ____    issued a Notice of Right to Sue Letter, which I received on _____(*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

    ✓    60 days or more have passed.
    ____    fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _*3·23·1983-2022*_ (*Date*).
        *THRU PA*

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

    ✓    One year or more has passed.
    ____    Less than one year has passed.

-4-

IV.    **Relief**

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____    Direct the defendant to hire the plaintiff.

_____    Direct the defendant to re-employ the plaintiff.

_____    Direct the defendant to promote the plaintiff.

_____    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____    Direct the defendant to reasonably accommodate the plaintiff's religion.

✓    Direct the defendant to (*specify*): PAY SALARY, DAMAGES

✓    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

✓    Other (*specify*): CARGO LOSS

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 1 day of AUGUST, 20 22

Signature of Plaintiff _____ LIVIA M. SCOTTO

Address _____ 2710 GOLF HEIGHTS CIRCLE VAWRICO, FLORIDA 33596

Telephone number 813 6898726

Fax number (*if you have one*) 813 6898726

-5-

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    Place of Employment  JORDAN FOSTER, CONSTRUCTION, DEVELOPERS,

The address at which I sought employment or was employed by the defendant(s) is  TEXAS,

Name  U.S. CUSTOMS, et al,  U.S. DEPARTMENT of DEFENSE, U.S. AIR FORCE et al  MERRICK GARLAND,

Street Address

City and County  950 PENNSYLVANIA AVE, N.W.  P.C,

State and Zip Code  DISTRICT of COLUMBIA  20530

Telephone Number  202 514 9060

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

☑    Relevant state law *(specify, if known)*:

☑    Relevant city or county law *(specify, if known)*:

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes (check all that apply):

☐    Failure to hire me.

☐    Termination of my employment.

☒    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts (specify): SEXUAL HARASSMENT ASSAULTS DENIAL OF WAGES

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) CONCURRENT ON HIRED DATE TO PRESENT 3/14/2022

C.    I believe that defendant(s) (check one):

☒    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (check all that apply and explain):

☐    race

☐    color

☐    gender/sex

☐    religion

☐    national origin

☐    age (year of birth)                    (only when asserting a claim of age discrimination.)

☐    disability or perceived disability (specify disability)

E.    The facts of my case are as follows. Attach additional pages if needed. SEE ATTACHMENTS See ENCL. SUIT

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☑  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

BACK PAY SALARY, CLAWBACK, BENIFITS, INSURANCE, HEDONIC, PUNITIVE SPECIAL HARMS, DAMAGES LOANS, LIENS PUNITIVE, SPECIFIED REAL PROPERTY Co

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1  U.S. AIR FORCE   CRAIG A. SMITH, AGC,
Name  U.S. DEPT. OF DEFENSE / PAUL S. KOFFSKY
Job or Title *(if known)*  U.S.A.F.    DENIS R. MCDONOUGH
Street Address  4E 836 - 950   ELIZABETH PRELOGAR
City and County  WASHINGTON, D.C.    PENNSYLVANIA AVE,
State and Zip Code           20530 -     N.W.
Telephone Number  703 614 (2021)  514 -2203
E-mail Address *(if known)*

Defendant No. 2  ADVENTURE RESORTS REALTY et al (A.R.R.)
Name  JUAN STEVENS  KEITH MILES (EADS ASSOC. et al et al
Job or Title *(if known)*        ALAN DICKLER, etal
Street Address  75-5722 KUAKINI HWY, #108
City and County  KAILUA-KONA
State and Zip Code  HAWAII       96740
Telephone Number  808 880 -8566
E-mail Address *(if known)*

Defendant No. 3  JORDAN FOSTER et al.
Name  PARKER WOOZY
Job or Title *(if known)*  CEO
Street Address  9639 GREENVILLE AVE..
City and County  DALLAS,
State and Zip Code  TEXAS      75243
Telephone Number  214  349- 7900
E-mail Address *(if known)*

Defendant No. 4  "LOST" "SERIES"  { {~ HAWAII 5 0.}
Name  STATE OF HAWAII  COUNTY OF HONOLULU
COUNTY OF MAUI  MPD.   HPD etal
Job or Title *(if known)*  CORPORATION COUNSEL
Street Address  530 SOUTH KING ST. #110,
City and County  WAILUKU, MAUI  HONOLULU,
State and Zip Code  HAWAII, HONOLULU 96813
Telephone Number
E-mail Address *(if known)*  808 768 - 5193
corpho7·gov
cor@hon·gov
STATE OF HAWAII
COUNTY

Page 2 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. U.S. AIR FORCE  CRAIG A. SMITH, AGC,
Name  U.S. DEPT. OF DEFENSE  PAUL S. KOFFSKY
Job or Title (if known)  U.S.A.F.  DENNIS R. MCDONOUGH
Street Address  4 E 836  ELIZABETH PRELOGAR
City and County  WASHINGTON, DC  850 - PENNSYLVANIA Ave.
State and Zip Code  20530 -  N.W.
Telephone Number  703614. (202)  514 -2203
E-mail Address (if known)

Defendant No. 2  ADVENTURE RESORTS REALTY
Name
Job or Title (if known)
Street Address  75 -5722 KUAKINI HWY, #108
City and County  KAILUA - KONA
State and Zip Code  HAWAII,  96740
Telephone Number  808 880 -8566
E-mail Address (if known)

Defendant No. 3  JORDAN FOSTER et al
Name  PARKEY WOOZY
Job or Title (if known)  CEO
Street Address  9639 GREENVILLE Ave..
City and County  DALLAS,
State and Zip Code  TEXAS  75243
Telephone Number  217  349- 7900
E-mail Address (if known)

Defendant No. 4  STATE OF HAWAII COUNTY OF HONOLULU
Name  COUNTY OF MAUI MPD.
Job or Title (if known)  CORPORATION COUNSEL
Street Address  530 SOUTH KING St. #110,
City and County  WAILUKU, MAUI  HONOLULU,
State and Zip Code  HAWAII, HONOLULU  96813
Telephone Number
E-mail Address (if known)  808 768 - 5193
cor@hon2.gov
cor@hon.gov

CORPORATION COUNSEL et al   CRIMINAL CONSPIRACY

SPECIFIED HARMS  ASSAULTS BATTERY INJURIES

ADVENTURE RESORTS REALTY et al   SEXUAL HARASSMENT

Marks CORPORATIONSs et al  ILLEGAL STEM CELL CLONINGS

BLUE PEARL VETERARIAN SPECIALTY CLINICS et al

JONATHAN BEALTH TRUST et al

DISTASIO  HOLDINGS et al  PROFESSIONAL LIABILITY

Distasios Law Faked et al  ATTORNEY IN FACT DECEIT

WRONGFUL DEATH

U.S. DEPARTMENT OF STATE et al

U.S. DEPARTMENT of EDUCATION  OCR et al  CULPABILITY

U.S. EDUCATIONAL  CREDIT MANAGEMENT et al

ECMC et al

NELNET et al                    LOAN FRAUD

U.S. DEPARTMENT OF AGRICULTURE et al

CREDIT st ISSE et al                    19-4178

N.Y. CHANGONE et al And all Other Defendants –Appellees Hereto fore filed et al

UNITED STATES DEPARTMENT OF STATE  PASSPORT AGENCY et al

UNITED STATES DEPARTMENT OF  EDUCATION  et al

UNITED STATES TREASURY et al

NEW YORK CITY COUNTY POLICE DEPARTMENT et al

NEW YORK CITY HEALTH HOSPITALS CORPORATION et al

STATE OF NEW YORK et al     SEXUAL ASSUALTS  KIDNAPPING

JORDAN FOSTER et al  EMPLOYMENT CONTRACT  LAW VIOLATIONS

GREENSTAR et al

And Al and All  Other Defendants  –Appellees et al Hereto fore filed et al

STATEMENT

OF THE CASE

BRIEF

ON APPEAL

**MISDIAGNOSIS , DENIAL OF TREATMENT MEDICAL MALPRACTICE**

**DRUG OVERDOSES , FAILURE TO DIAGNOSE  CAUSE OF HARMS STRICT ABSOLUTE LIABILITY  FOR CAUSE OF DEATH**

**I, LIVIA M. SCOTTO, UNDER PENALTY OF LAW DO , HEREBY SWEAR THAT I  MADE SERVICE OF PROCESS ELECTRONICALLY AND BY U.S. CERTIFIED MAIL , ON THE AFOREMENTIONE FEDERAL EMPLOYEE ,OFFICER LIABILITY  D DEFENDANTS RY AL AND COUNSELOF RECORD et al  ON MAY.6. 2922**

**FILED NOTICE OF SUIT WITH AFFIDAVIT OF SERVICE**

**ON PREPONDURANCE OF THE STANDAED OF PROOF  A , VETERAN,**

**U,S. A. F.**

**LIVIA M. SCOTTO**

**2710 GOLF HEIGHTS CIRCLE**

**VALRICO , FLORIDA 33596**

**813.689.8726**

**FILED  CASES BEFORE THE AFOREMENTIONED AGENCY AND ALL  OTHER ENTITIES et al**

-LEGAL RESIDENCE BROOKLYN NEW YORK , VALRICO FLORIDA .  ON NOTICE OF APPEARANCE AFFIDAVITT , MOTION TO ORDER AND REMOVE FOR THE PRODUCTION OF THE RECORD, MOTION FOR APPOINTMENT OF COUNSEL
    LEGAL MEMORANDUM   AFFIDAVITT OF  LEGAL MALPRACTICE BY PLAINTIFF'S ATTORNEY IN FACT  COUNSEL OF RECORD TO DATE   CONCEALMENT BY LAWYER S,  ATTORNEY IN FACT UNDER DISCIPLINE , ATTORNEYS OF RECORD ABANDONMENT , PREMISE LIABILITY JOINT  SEVERAL  LIABILITY, by "AGENCY " TORTMALFEASANCE , "DERILICTION  OF DUTY" CORRUPTION  OF U.S.D.C. JUDICIAL OFFICERS  OF  MAUI HONOLULU HAWAII,   OFFICIALS OF UNIVERSITY OFFICE OF CHANCELLOR   ORIGINAL  RECORDS AGENCY COUTSPOILATION  OF EVIDENCE  OF ORIGINAL VENUE OF U.S.D.C. JUDICIAL NEGLIGENCE ,H.I.P.PA. FRAUD DEFAMATION SLANDER ,ACTIONABLE LIBEL , OERJURY
              FILED HEREIN  WITH EVIDENCE , CERTIFICATE OF SERVICE UPON DEFENDANTS FILED ,SERVED HERETOFORE FILED IN THIS VENUE TO DATE.

EXHIBITS DISCRIMINATORY PRACTICE ASSAULTS  LENDING BANK FRAUD
  JURISTDICTIONAL STATEMENT  FEDERAL QUESTION VIOLATIONS OF FDCPA
  18 U.S.C.S ss . 1911 – thru -18 U.S.C. S. .ss 1968
  15 U.S.C.S. ss 1692 p., k f, c a(b) e
  31 U.S.C.S. ss , 3729                              28 U.S.C. S. 201 , -219  SS 509
  28 U.S.C.S. SS 219 – 509
  28 U.S.C.S ss 201                                  42 U.S.C.S. 2000  (a) (1)(B)
  18 U.S.C.S. 1967
  18 U.S.C. 1334  ss
  MOTIN FOR THE APPOINTMENT OF COUNSEL on GROUNDS  42 USCS 2000 (f)OF EMPLOYMENT DISCRIMINATION  SEXUAL HARASSMENT  ASSAULTS  DETAINMENT FALSE IMPRISONMENT OTHER SPECIFIED DAMAGES.

## TO SHOW CAUSE  STANDING

## LIVIA M. SCOTTO

v.

## UNITED STATES OF STATE et al    SABER PARTNERS et al

MAIMONIDES MED. CENTER   OF NEW YORK et al

JONATHAN BEATTY et al     et al    OF HAWAII et ah

THE FIDUCIARY TRUST N.Y.    OF MAUI COUNTY     } et al

MEDERIOS TRUST et al     et al    OF HONOLULU COUNTY

*LEGAL RESIDENCE  BROOKLYN NEW YORK , VALRICO FLORIDA .  ON NOTICE OF APPEARANCE AFFIDAVITT ,  MOTION TO ORDER AND REMOVE FOR THE PRODUCTION OF THE RECORD, MOTION FOR APPOINTMENT OF COUNSEL*

*LEGAL MEMORANDUM   AFFIDAVITT OF  LEGAL MALPRACTICE BY PLAINTIFF'S ATTORNEY IN FACT  COUNSEL OF RECORD TO DATE   CONCEALMENT BY LAWYER S,  ATTORNEY IN FACT UNDER DISCIPLINE , ATTORNEYS OF RECORD ABANDONMENT , PREMISE LIABILITY JOINT  SEVERAL  LIABILITY, by "AGENCY "  TORTMALFEASANCE , "DERILICTION  OF DUTY" CORRUPTION  OF U.S.D.C. JUDICIAL OFFICERS  OF  MAUI HONOLULU HAWAII,   OFFICIALS OF UNIVERSITY OFFICE OF CHANCELLOR   ORIGINAL  RECORDS AGENCY COUTSPOILATION  OF EVIDENCE  OF ORIGINAL VENUE OF U.S.D.C. JUDICIAL NEGLIGENCE ,H.I.P.PA. FRAUD DEFAMATION SLANDER ,ACTIONABLE LIBEL , OERJURY*

*FILED HEREIN  WITH EVIDENCE , CERTIFICATE OF SERVICE UPON DEFENDANTS FILED ,SERVED HERETOFORE FILED IN THIS VENUE TO DATE.*

*EXHIBITS DISCRIMINATORY PRACTICE ASSAULTS  LENDING BANK FRAUD JURISTDICTIONAL STATEMENT  FEDERAL QUESTION VIOLATIONS OF FDCPA*

*18 U.S.C.S ss . 1911 – thru -18 U.S.C. S. .ss 1968*

*15 U.S.C.S. ss 1692 p., k f, c a(b) e*

*31 U.S.C.S. ss , 3729*                      *28 U.S.C. S. 201 , -219  SS 509*

*28 U.S.C.S. SS 219 – 509*

*28 U.S.C.S ss 201*                      *42 U.S.C.S. 2000  (a) (1)(B)*

*18 U.S.C.S. 1967*

*18 U.S.C. 1334   ss*

*MOTIN FOR THE APPOINTMENT OF COUNSEL on GROUNDS  42 USCS 2000 (f)OF EMPLOYMENT DISCRIMINATION  SEXUAL HARASSMENT  ASSAULTS DETAINMENT FALSE IMPRISONMENT OTHER SPECIFIED DAMAGES.*

# *TO SHOW CAUSE  STANDING*

## *LIVIA M. SCOTTO*

*v.*

## *UNITED STATES OF STATE et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*COUNTY OF MAUI et al*

*COUNTY OF HONOLULU et al*

*CORPORATION COUNSEL et al*

**NEL NET et al**

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al CEO et al*

**WILLIAM J. MUNN et al**

**COUNSEL OF RECORD et al**

**ASAP UNION BANK TRUST et al**

**UNITED STATES DEPT OF JUSTICE et al**

**DEPARTMENT OF EDUCATION et al**

**OFFICE OF CIVIL RIGHTS et al**

**U.S. EDUCATION OCR OF SEATTLE**

**WASHINGTON ,DISTRICT OF COLUMBIA**

**STATE OF HAWAII et al**
**U.S. TREASURY et al**

**PENTAGON FEDERAL CREDIT UNION et al**

**Bank of Hawaii ,et al**

**Wells Fargo  Bank et al**

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1 U.S. AIR FORCE    CRAIG A. SMITH, AGC
Name U.S. DEPT. OF DEFENSE    PAUL S. KOFFSKY

Job or Title (if known)    U.S.A.F.    DENIS R. McDONOUGH

Street Address    4E836 - 950 - PENNSYLVANIA AV    ELIZABETH PRELOGAR

City and County    WASHINGTON, D.C.

State and Zip Code    20530 -    N.W

Telephone Number    7036(4, 2023) 514 -2203

E-mail Address (if known)

Defendant No. 2 ADVENTURE RESORTS REALTY
Name A.R.R. et al    EADS, et al

Job or Title (if known)

Street Address    75-5722 KUAKINI HWY, #108

City and County    KAILUA-KONA

State and Zip Code    HAWAII,    96740

Telephone Number    808 880-8566

E-mail Address (if known)

Defendant No. 3 JORDAN FOSTER et al
Name PARKEN WOODY

Job or Title (if known)    CEO

Street Address    9639 GREENVILLE AVE.

City and County    DALLAS,

State and Zip Code    TEXAS    75243

Telephone Number    217 . 349-7900

E-mail Address (if known)

Defendant No. 4 STATE OF HAWAII COUNTY OF HONOLULU
Name COUNTY OF MAUI MPD.

Job or Title (if known)    CORPORATION COUNSEL

Street Address    530 SOUTH KING St. #110,

City and County    WAILUKU, MAUI HONOLULU,

State and Zip Code    HAWAII, HONOLULU 96813

Telephone Number

E-mail Address (if known)    808 768-5193

corpho2.gov
cor@hon.gov

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1 U.S. AIR FORCE   CRAIG A. SMITH, AGC,
Name U.S. DEPT. OF DEFENSE   PAUL J. KOFFSKY
Job or Title (if known) U.S.A.F.   DENIS R. McDONOUGH
Street Address   4E 836   ELIZABETH PRELOGAR
City and County   WASHINGTON, D.C.   950 - PENNSYLVANIA Ave,
State and Zip Code   20530 -   N.W.
Telephone Number   703614 (2021) 514 -2203
E-mail Address (if known)   703-
202 514-2203

Defendant No. 2 ADVENTURE RESORTS REALTY et al
Name   A.R.R. et al, (DISNEY et al) EADS et al
Job or Title (if known)
Street Address   75-5722 KUAKINI HWY #108
City and County   KAILUA-KONA
State and Zip Code   HAWAII,
Telephone Number   808 880-8566   96740
E-mail Address (if known)

Defendant No. 3   JORDAN FOSTER et al
Name   PARKEN WOORY
Job or Title (if known)   CEO
Street Address   9639 GREENVILL Ave ..
City and County   DALLAS,
State and Zip Code   TEXAS   75243
Telephone Number   214   349-7900
E-mail Address (if known)

Defendant No. 4   STATE OF HAWAII COUNTY OF HONOLULU
Name   COUNTY OF MAUI MPD.
Job or Title (if known)   CORPORATION COUNSEL
Street Address   530 SOUTH KING St. #110,
City and County   WAILUKU, MAUI   HONOLULU,
State and Zip Code   HAWAII, HONOLULU   96813
Telephone Number
E-mail Address (if known)   808 768-5193
cor@hon7.gov
cor@honig5v

CAGC; ♥C; JJJAJ

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.   Place of Employment   JORDAN FOSTER CONSTRUCTION, DEVELOPERS,

The address at which I sought employment or was employed by the defendant(s) is   TEXAS,

Name   U.S. DEPARTMENT OF DEFENSE, U.S. AIR FORCE et al
U.S. CUSTOMS, et al, MERRICK GARLAND,
Street Address
City and County   950 PENNSYLVANIA AVE, N.W.  D.C,
State and Zip Code   DISTRICT OF COLUMBIA   20530
Telephone Number   202 514 7060

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:

☑  Relevant state law *(specify, if known)*:

☑  Relevant city or county law *(specify, if known)*:

Page 3 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1 U.S. AIR FORCE    CRAIG A. SMITH, AGC,
Name U.S. DEPT. OF DEFENSE    PAUL J. KOFFSKY
Job or Title (if known)    U.S.A.F.    DENNIS R. McDONOUGH
Street Address    4E 836  -  350 - PENNSYLVANIA Ave.
City and County    WASHINGTON, D.C.
State and Zip Code    20530 -    N.W.
Telephone Number    703 614, (202) 514 -2203
E-mail Address (if known)

Defendant No. 2 ADVENTURA RESORTS REALTY
Name
Job or Title (if known)
Street Address    75-5722 KUAKINI HWY #108
City and County    KAILUA-KONA
State and Zip Code    HAWAII,    96740
Telephone Number    808 880-8566
E-mail Address (if known)

Defendant No. 3 JORDAN FOSTER et al
Name    PARKER WOOLY
Job or Title (if known)    CEO
Street Address    9639 GREENVILL Ave.
City and County    DALLAS,
State and Zip Code    TEXAS    75243
Telephone Number    214  849-7900
E-mail Address (if known)

Defendant No. 4 STATE OF HAWAII COUNTY OF HONOLULU
Name COUNTY OF MAUI MPD.
Job or Title (if known)    CORPORATION COUNSEL
Street Address    530 SOUTH KING St. #110,
City and County    WAILUKU, MAUI   HONOLULU,
State and Zip Code    HAWAII, HONOLULU 96813
Telephone Number
E-mail Address (if known)    808 768-5193
cor.hon.gov
cor@hon.gov

# MOTION FOR REINSTATEMENT OF APPEAL
# PENDING ON CASE NO 8:18-cv-1495
## See other additional cases <u>related</u>
# CASE NO 8:18-cv-1430
# Court Of Appeals
## CERTIFICATE OF INTERESTED PERSONS
## CORPORATE  DISCLOSURE STATEMENT
All and any entities filed  IN  THE U,S, DISTRICT COURT

IN THE EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT  NEW JERSEY

IN THE U,S, DISTRICT COURT HOUSTON TEXAS

IN THE U.S. DISTRICT COURT

WAILUKU, MAUI

HONOLULU  DIVISIONS HAWAI'I

IN THE U,S, COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR THE FIFTH CIRCUIT
FOR THE  THIRD CIRCUIT

**LIST OF INTERESTED PERSONS et al**

**All JOHN DOE REINSURERS ET AL**

**INSURANCE COMPANIES OF THE EXECUTIVE BOARD ET AL**

**CORPORATE DISCLOSEURE**

**LIST OF PARTIES PERSONS SUBSIDIARIES**

**AFFILIATES ET AL et**

**ALL Underwriters and Reinsurers et al of aforementioned**

**And heretofore filed et al**

**19-2902**

**BRIEF ON APPEAL DEFENDANTS STRICT LIABILITYBREACH DUTY FRAUD PROFESSIONAL LIABILITY**

**BOARD OF VETERANS AFFAIRS**

**U.S.COURT OF VETERANS APPEALS**

**LIVIA M. SCOTTO**

**V.**

**U.S. VETERANS AFFAIRS et al**

**BOARD OF VETERANS AFFAIRS HONOLULU HAWAII et al**



PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

IN THE JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE  OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016 -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662  14-668  SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816



SOCIETE GENERALE et al

EDOUARD-MALO HENRY  ET AL

SOCIETE GENERALE SA et al

189 rue d'Aubervilliers

75886 PARIS CEDEX 18

TOURS SOCIETE  GENERALE et al

75886 PARIS  CEDEX 18 FRANCE

ALAIN BOZZI et al

LVMH MOET HENNESSY LOUIS VUITTON S.E. et al

VTB BANK et al

SOLVAY  SA et al

And all and any Shareholders et al , affiliates et al

UNITED CONTIENTAL HOLDINGS et al

AIR FRANCE -KLM et al

DELTA AIRLINES et al

MARK FRANKLIN SCHWAB et al

STAR ALLIANCE GLOBAL  AFFILIATES et al

GmBH FRANKFURT  et al

ANN MARIE COUDERC et al

GEORGE MATTSON et al

EURONEXT DG et al

XAVIER HULLIAD et al

NICHOLAS NOTEBAERT et al

## MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**

15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV    SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

**YVES-THIBAULT SIGUY et al**

**AEROPORTOS de PORTUGAL  et al**

**ANA -ALS et al**

**QATAR HOLDINGS et al**

**SHIEK MOHHAMED  BIN AL   HIN**

**PIERRE COPPEY et al**

**AIR FRACE KLM et al**

**MOTION FOR WRIT OF EXECUTION FOREIGN SERVICE**

**FRENCH PARQUET NATIONAL  FINANCIER ET AL**

**QATAR HOLDINGS et al**

**And all affiailiates    et al**

**Owners of QATAR STATE  et al**

**SHAREHOLDERS  et al**

**SOCIETE GENERALE  SA et al**

**VINCI SA. Et al**

**PIERRE COPPEY et al**

**EXECUTIVE V.P.**

**CHAIRMAN**

**VINCI  AUTUROUTES ,  FRANCE  et al**

   **1  COURS FERNDINAND de LASSEPS , CEDEX
RUEIL-MAIMAISON 92500 FRANCE**

**ADP et al, ENXTPA ADP  et al**

**GLOBAL INFRASTRUCTURE PARTNERS et al**



VINCI GROUP et al

EUROPEAN BANKING AUTHORITY et al

AIR FRANCE KLM et al

UNITED  CONTIENTAL HOLDINGS et al

M.DYER AND SONS  et al

AXXA et al

MIDDLE EAST INSURERS et al

QATER HOLDINGS et al

CREDIT SUISSE et al

AND ALL CEO  CFO  et al  OWNER S  et al

 REBECCA PARKER et al

COUNSEL OF RECORD  et al

TATE MATTHEWS  et al

TRUE NORTH

HEATHER ENGEL et al

1411 FOURTH AVENUE  SUITE 701 SEATTLE WASHINGTON.
98101

98-054 KULEANA ROAD PEARL CITY , HAWAII 96782

M.DYER AND SONS  INC. et al and  ALL AND ANY PARTNERS
, AFFILLIATES et al



NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO  CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION   FOR  CHANGE OF  VENUE

IN THE US COURT OF APPEALS FORTHE 11TH CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE  EUROPEAN COURT

# MOTION TO CONSOLIDATECASES FILED

# IN VENUES DIVISIONS OF THE DISTRICT COURT

# OF FLORIDA  JACKSONVILLE  DIVISION

# TAMPA DIVISION

# MOTION TO SHOW CAUSE OF ACTION IN TORTS

# ABANDONMENT BY " ATTORNEY IN FACT"

# JESSICA MARIE  MC CLEAN  et al

# PRINCIPLE  OF" VOLKS  ANWALT  "  et al

# Dba  "For The People " et  al

# And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

# *DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONSDENIAL OF BOARDING robberiespilfering by  property in airline warehouse registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK,  HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS



MOTION FOR WRIT OF FOREIGN AND DOMESTIC SERVICE OF PROCESS TRACE OF TRACKING OF ORDER OF SIEZURE RECOVERY OF PROPERTY LOANS BANK DEPOSITS On Behalf of the APPEALLANT THAT ARE HELD ILLEGALLY DUE TO BANK FRAUD LOAN DIVERSIONS CREDIT CHEQUES BUSINESS LOANS DIVERTED BY SOCIETE GENERALE et al BANCO ESPIRITOS SANTOS et al PENTAGON FEDERAL CREDIT UNION et al BARCLAYS BANK et al

MULTIBANCO et al SANTANDER BANK et al BANQUE de LUXEMBOURG DEPOSIT DISGORGEMENTS OF VINCI AEROPORT GROUP CONCESSIONS et al AND AIR FRANCE GROUND TRANSFER SEVICES UNITED CONTIENTAL HOLDINGS et al AIR FRANCE -KLM et al DELTA AIRLINES ET AL LUFTHANSA M.DYER & SONS et al TRUE NORTH RELOCATIONS et al TO BOARD FLIGHT AND OTHER ASSAULTS AIR PASSENGER VIOLATIONS OF AIRLINE SKYTEAM AFFILIATES THAT HAVE CRIMINAL CULPABILITY BY THE ACTORS TO CAUSE IN FACT OF

THE DEPRIVATIONS OF PRIVATE PROPERTY AND HUMAN RIGHTS VIOLATIONS CULPABILITY OF CARGO STRANDING       on   APPEALEES Premises

FOR PROPERTY THINGS CARGO

HELD ON PREMISES OF THE ENTITIES FILED

HERETOFORE ET AL

ANA SA. AEROPORTOS de PORTUGAL

RUA D. EDIFICO 120 1700-008 LISBON PORTUGAL

AEROPORTO de LISBOA

VINCI et al GROUP



MALFEASANCE, MISFEASANCE
INJURIES, HARMS  TORTUIOUS INTERFERANCE

MALICICIOUS PROSECUTION

FALSE IMPRISONMENT
WILLFUL   INTENTIONAL  PREVENTION OF
EMPLOYMENT INFLICTION
HARMS                          INTENTIONAL
MISCONDUCT

NECESSITY OF JURISTDICTION SS 315

PROTECTION OF PARTY  SS 343
NEGLECTS OF OFFICIAL DUTY sS 306

BREECH DUTY

CAUSE IN FACT

CERTAINTY OF  LAW RES IPSA LOQUITER
DEMAND OF AWARD

STRICT ABSOLUTE LIABILITY

STATE OF HAWAII et al          ASSAULTS BATTERY

MEDIERIOS TRUST  et al PREMISE LIABILITY

COUNTY OF MAUI et al  PENAL CODE SEC. 2.05

ROYAL BANK OF CANADA et al

RECEIVED

JUL 11 2022

COURT OF CLAIMS
STATE OF NEW YORK

## MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV    SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS



ANA /ALS  VINCI AIRPORT ET AL

LISBOA ,PORTUGAL

UNITED AIRLINES ET AL

HONOLULU  INTERNATIONAL AIRPORT ET AL

REBECCA PARKER ET AL

M.DYER AND SONS ,INC. et al

AND ANY,AND ALL  OF

M.DYER AND SONS,  et al

And EMPLOYEES et al

AFFILIATES et al

COUNTY OF HONOLULU et al

COUNTY OF  MAUI et al

JONATHAN  BEATTY TRUST et al

MEDERIOS TRUST  et al

THE CORPORATION COUNSEL   TRUST ET AL

DIPLOMAT TRAVEL  et al

HONOLULU  ,HAWAII ET AL

SKYTEAM ALLIANCE PARTNERS et al GmBH et al

MARK F. SCHWAB  et al

JEFF SMIESK et al

BRETT HART  ET AL

OSCAR MUNOZ et al

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO  CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION   FOR  CHANGE OF  VENUE

IN THE US COURT OF APPEALS FORTHE 11TH CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE  EUROPEAN COURT

# MOTION TO CONSOLIDATECASES FILED

# IN VENUES DIVISIONS OF THE DISTRICT COURT

# OF FLORIDA  JACKSONVILLE  DIVISION

# TAMPA DIVISION

# MOTION TO SHOW CAUSE OF ACTION IN TORTS

# ABANDONMENT BY " ATTORNEY IN FACT"

# JESSICA MARIE  MC CLEAN  et al

# PRINCIPLE  OF" VOLKS  ANWALT  "  et al

# Dba  "For The People " et  al

# And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES



CAROLYN COLVI et al

AIR FRANCE  et al

ANN COUTREC  et al

JEAN CHRISTOPHE LALANNE  et al

PIETER BOOTSMA et al

URSULASAINT LEGER

DOMINIQUE JEAN CHERTIER et al

BING TANG et al

SKYTEAM ALLIANCE et al

FREDERIC GAGEY et al

PIETER ELBERS et al

PATRICK ALEXANDRE  et al

BENJAMIN SMITH et al

CLYDE AND COMPANY  et al

COUNSEL OF RECORD ET AL

CARSTEN SPOHR ET AL

LUFTHANSA ET AL

("The Group ")

EXCESS BAGGAGE INTERNATIONAL MOVERS et al

BARCLAYS BANK et al

BANK OF LUXEMBOURG et al

PENTAGON FEDERAL CREDIT UNION et al

BRICKELL BANK et al

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

**BANK DEPOSITDISGORGEMENTS** , *travel related tickets miles luggage* **CARGO STRANDING** *stolen larceny* **DEPRIVATIONSDENIAL OF BOARDING** *robberiespilfering by property in airline warehouse registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS



BANCO ESPIRITOS SANTOS et al

FRANCK TERNER et al

TRANSAVIA et al

FREDERIC GAGEY

AIR FRANCE – KLM  ET AL

KLM  SKYTEAM  et al

DELTA AIRLINES et al

IN UNITED CONTIENTAL

 HOLDINGS ET AL

 IN  ANA ALS

VINCI  GROUP AIRPORT

LISBON PORTUGAL

VINCI CONCESSIONS et al

NICHOLAS NOTEBAERT et al

XAVIER HULLIARD et al

**MOTION FOR APPOINTMENT OF COUNSEL  FOR APPEAL CASES AND RESTATEMENT OF THE LAW CITING THIS IS AN EMPLOYMENT LAW DISCRIMINATION TORTS**

42 U.S. C.  2000 (1)(a) (c)  (i) (j)(f)

**MOTION TO FILE ADDITIONAL DEFENDANTS AS CAUSE OF HARMS IN SAME CASE**


LIVIA M.  SCOTTO et al

CONCETTA SCOTTO et al



LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016 -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662 14-668  SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816

v.

U.S. BOARD VETERANS AFFAIRS HONOLULU HAWAII et al

EUROPEAN BANK AUTHORITY  ET AL

BRICKELL BANK ET AL

BANK ESPIRITOS SANTOS

ET AL

NOVO BANK ET AL

SANTANDER BANK ET AL

CITIBANK ET AL

COUNTRY WIDE  BANK ET AL

BANK OF LUXEMBOURG ET AL

CORPORATION COUNSEL ET AL

COUNTY OF MAUI ET AL

COUNTY OF HONOLULU  ET AL

U.S. HOUSING URBAN DEVELOPMENT ET AL

STATE OF HAWAII ETAL

HAWAII PUBLIC HOUSING ET AL

JONATHAN BEATTY TRUST ET AL

KEITH KANESHIRO   et al

HONOLULU PROSCEUTOR OFFICE  et al

MAUI PROSCEUTOR OFFICE ET AL

WAILUKU MAUI HAWAII

JAMES KRUGER ET AL

# MOTION FOR REINSTATEMENT OF APPEAL PENDING ON CASE NO 8:18-cv-1495
## See other additional cases <u>related</u> CASE NO 8:18-cv-1430

# Court Of Appeals

## CERTIFICATE OF INTERESTED PERSONS
## CORPORATE  DISCLOSURE STATEMENT
All and any entities filed  IN  THE U,S, DISTRICT COURT

IN THE EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT  NEW JERSEY

IN THE U,S, DISTRICT COURT HOUSTON TEXAS

IN THE U.S. DISTRICT COURT

WAILUKU, MAUI

HONOLULU  DIVISIONS HAWAI'I

IN THE U,S, COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR THE FIFTH CIRCUIT
FOR THE  THIRD CIRCUIT



GERARD JERVIS ET AL

U.S. DEPT OF STATE ET AL

HONOLULU HAWAII

HOUSTON TEXAS

LISBON PORTUGAL

FLORENCE ITALY

ROME ITALY

NAPLES ITALY


PENTAGON FEDERAL CREDIT UNION  ET AL

SOCIETE GENERALE ET AL

CREDIT SUISSE ER AL

UNION BANK SUISSE ET AL

BANK OF AMERICA ET AL

WELLS FARGO ET AL

BANK OF HAWAII ET AL

U.S.DEPT.OF AGRICULTURE  et al

U.S. DEPT OF EDUCATION ET AL



PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

IN THE  JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE  OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016  -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662  14-668  SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816



THE MEDERIOS TRUST ET AL

THE JONATHAN BEATTY TRUST ET AL

UNIVERSITY OF HAWAII ET AL

STATE FARM  INSURANCE ET AL

MAIMONIDES MEDICAL CENTER et al

 TRIPLER ARMY MEDICAL

 CENTER ET AL

PHYSICIANS  OF MOUNT SINAI

SCHOOL OF MEDICINE et al

BRANDON REGIONAL HOSPITAL

HCA WEST ET AL

CONSULATE HEALTHCARE ET AL

CENTRAL PARK REHABILITATION

OF BRANDON ET AL

702 S KINGS AVE,

BRANDON, FL.33511


U.S. VETERANS AFFAIRS BOARD

OF VETERANS APPEALS

JUDGE JOHN  CROWLEY  BVA

 COURTS BOARD AND ALL JUDGES

 IN CASES I FILED  IN SUCH VENUE



## MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV    SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

DISABILITY MANAGEMENT
SERVICES et al
AXXA  EQUITABLE LIFE
INSURANCE  COMPANY ET AL
1350 MAIN STREET
SPRINGFIELD MA. 01103
OFFICE OF PERSONNEL
MANAGEMENT  ET AL
BOYERS PA. 16017
FOR DATA BREECH UNLAWFUL
RECOVERY OF PENSION
ANNUITIES
DEMAND FOR CIVIL MONEY PENALTIES
CIVIL ASSET FORFEITURES
SEZUIRE OFPROPERTY
18 USC  FRAUD  BENEIFICARY FUNDS SEE STATES IN
BRIEF FILED HEREIN 28 U.S.C.S1331 ,SS 1332
MOTION TO CONSOLIDATE APPEALS
MOTION FOR RESTATEMENT OF ANY AND  ALL
OTHER CASES FILED HERETOFORE INCLUSIVE
OF INITIAL ACTION IN THIS VENUE TO DATE FILED
RESPECTIVELY. FILED IN FORMAL COMPLAINTS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO  CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION  FOR  CHANGE OF  VENUE

IN THE US COURT OF APPEALS FORTHE 11TH CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE  EUROPEAN COURT

# MOTION TO CONSOLIDATECASES FILED

# IN VENUES DIVISIONS OF THE DISTRICT COURT

# OF FLORIDA  JACKSONVILLE  DIVISION

# TAMPA DIVISION

# MOTION TO SHOW CAUSE OF ACTION IN TORTS

# ABANDONMENT BY " ATTORNEY IN FACT"

# JESSICA MARIE  MC CLEAN  et al

# PRINCIPLE  OF" VOLKS  ANWALT  "  et al

# Dba  "For The People " et  al

# And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES



IN THE HILLSBOURGH COUNTY COURT 13 TH JUD CIR

DIV H

LIVIA M. SCOTTO                              COMPLAINT

                              FRAUD   LEGAL MALPRACTIVE

v.                                 PROFESSIONAL LIABILITY

                              ATTORNEY DECIET BREECH OF CONTRACT

JESSICA M. McCLEAN et al)        FIDIUCIARY  BREECH AGENCY CONCEALMENT

VOLKS ANWALT et al               TORTUIOUS INTERFERANCES

                              BANK WIRE FRAUD

BEDELL LAW FIRM et al          PERJURY  BANKRUPTSY FRAUD

COUNSEL OF RECORD            INTENTIONAL INFLICTION OF  HARMS

UNITED CONTIENTAL HOLDINGS et al      ECONOMIC HARMS DEMAND FOR DAMAGES

HENRY  COXE  et al            SPECIFIED  SPECIAL PUNITIVE HEDONIC  DAMAGES

 HENRY MEYER ET A               FOR ALL   AND ANY CASES FILED HERETOFORE

KEY CORPORATION ET AL         CAUSE IN FACT OF HARMS

JONATHAN BEATTY  et al          EMPLOYMENT LAW  VIOLATIONS

          DOG BITE ASSAULT SEXUAL HARASSMENT  STRICT LIABILITY OF
PROPERTY LOSSES PROPERTY
DIGITAL CD ANY            EXHIBITS  DIGITAL CD COPY ELECTRONIC DATA

               MOTION TO VACATE JUDGEMENT

               Of JUDGE STEVEN  MERRYDAY

And any and all entities) MOTION FOR RECUSAL OF

            JUDGE MERRYDAY ON GROUNDS

            OF CONFLICTS OF LAW IN THE

            INTEREST  OF JUSTICE

MOTION FOR CLAW BACK OF FEES COSTS SHIPPING COSTS PAPER COPIES ATTORNEY
EXPENSES AND FEES ON RETAINER PAID TO FRAUD DISBARRED CRIMINAL
MALPRACTICE ATTORNEY

 JESSICA MARIE M C CLEAN  ET AL

(aka) JESSICA MARIE MC HALE et al

**16-1606**

**15-1198**

**14-7135**

**15-1198**

---

NOTICE OF DIRECTLY  RELATED CASES

ON APPEALFROM THE U.S.D. C. MULTI  JURISTDICTIONS

For the  Middle  District  Tampa  Florida,

FIRST CIR. COURT  HAWAII FILED IN THE JUDICIARY

# U.S.D.C.   SDNY  U.S.D.C. HAWAII

# U.S.D.C.   New Jersey, U.S.D.C. SDHTX

# U.S. COURT OF FEDERAL  CLAIMS

---

MOTION TO ORDER ALL RELATED CASES AND COURT RECORDS  (all and any records heretofore filed) MOTION TO CONSOLIDATE CASES ON APPEALAND REMOVE COURT RECORDS FROM THE AFOREMENTIONEDVENUES TO ORDER SUBPOENA TO TRANSFER  BY  ELECTRONIC ANDWHITE PAPER AS PARTS OF RECORDS WERE OMMITTED FROM ORIGINAL COURT FILEDRECORDS IN TRANSMISSION  THEREOF.      MOTION FOREXTENSION  OF TIME TO FILE OBJECTIONS OF  ORDERS OF DISMISSALON PREPONDURANCEOF EVIDENCE OF DOCUMENTS PRODUCTION OF DOCUMENTS EXHIBITS REMOVEDOR DENIED IN UNETHICAL DISCOVERY BY THE  FLORIDA BAR  COUNSEL Having original cases filed by  my attorney s in  fact   Gerard Jervis, Thomas  J. Pico Aiona  et al of Kailua, Honolulu .Hawaii filed in THE JUDICIARY Cir. Court of Hawaii, 777 Punchbowl Street Honolulu Hawaii 96813 as that case is directly related to cases on appealpending ,cases 1cc -03-1-713 ; all related cases are in the cause of  actionable libel and othercases on appealhaving  standing in the venue  herein on my constitutional amendments, based on 42 U.S.CODES 2000 )a[j[f b]c\i(e) realestate law private and intellectual property rights domicile

that have standing in venue by cause of strict liability CAUSING irreversible harms (see pages containing relative U.S.CODES   conflicts of laws agency contracts torts property restitution security

LETTERS FROM SENATORS.

HERETO FORE FILED IN DIRECTLY RELATED CASES

MOTION TO ORDER ORIGINAL COMPLAINTS

MOTION TO ORDER APPEALS ORIGINALS

 FROM FIRST INITIAL ACTION AND ATTACMENTS

 INITIAL CASES FOR USE IN THE  APPEAL

 CASES  PENDING ON APPEAL

MOTON TO FILE APPEAL AS A RIGHT

 APPEAL

MOTION  TO FILE DEMAND OF LEVY UPON

 CORPORATE AND INDIVIAL PRINCIPLE ENTITIES

FILED WITH REINSURERS  CORPORATE

 DISCLOSEURES HERETOFORE FILED IN

CERTIFICATE OF INTERESTED PARTIES


MOTION TO FILE PHYSICAL AND FINANCIAL

 HARDSHIPS ON PENDANCY OF RELATED CASES

 REINSTATE CASES ANY AND ALL HERETOFORE

 FILED

MOTION TO WITHDRAW  CONTRACTS IN BREECH OF

 DUTY FILED TO THE FLORIDA BAR AND N.Y. BAR

ATTORNEY GREVIENCE COMMITTEES

MOTION FOR AWARDS OF DAMAGES FOR PROPERTY

 LOSSES BOTH REAL LAND INTELLECTUAL LITERARY

 ART WORK LOANS DIVERTED AND ALL SPECIFIED

 DAMAGES

ON GROUNDS OF LEGAL U.S.CODE STATUTES CITATATIONS SECONDARY AUTHORITIES AND OTHER CONTENT OF LAW  MEMORANDUMS

 TREATIES FED,R.OF EVIDENCE

Defendants filed heretofore et al

**MISDIAGNOSIS , DENIAL OF TREATMENT MEDICAL MALPRACTICE**

**DRUG OVERDOSES , FAILURE TO DIAGNOSE  CAUSE OF HARMS STRICT ABSOLUTE LIABILITY  FOR CAUSE OF DEATH**

**I, LIVIA M. SCOTTO, UNDER PENALTY OF LAW DO , HEREBY SWEAR THAT I  MADE SERVICE OF PROCESS ELECTRONICALLY AND BY U.S. CERTIFIED MAIL , ON THE AFOREMENTIONE FEDERAL EMPLOYEE ,OFFICER LIABILITY  D DEFENDANTS RY AL AND COUNSELOF RECORD et al  ON MAY.6. 2922**

**FILED NOTICE OF SUIT WITH AFFIDAVIT OF SERVICE**

**ON PREPONDURANCE OF THE STANDAED OF PROOF A , VETERAN,**

**U,S. A. F.**

**LIVIA M. SCOTTO**

**2710 GOLF HEIGHTS CIRCLE**

**VALRICO , FLORIDA 33596**

**813.689.8726**

**FILED  CASES BEFORE THE AFOREMENTIONED AGENCY AND ALL  OTHER ENTITIES et al**

# MISDIAGNOSIS , DENIAL OF TREATMENT
# MEDICAL MALPRACTICE

## DRUG OVERDOSES , FAILURE TO DIAGNOSE CAUSE OF HARMS STRICT ABSOLUTE LIABILITY FOR CAUSE OF DEATH

I, LIVIA M. SCOTTO, UNDER PENALTY OF LAW DO , HEREBY SWEAR THAT I MADE SERVICE OF PROCESS ELECTRONICALLY AND BY U.S. CERTIFIED MAIL , ON THE AFOREMENTIONE FEDERAL EMPLOYEE ,OFFICER LIABILITY D DEFENDANTS RY AL AND COUNSELOF RECORD et al ON MAY.6. 2922

FILED NOTICE OF SUIT WITH AFFIDAVIT OF SERVICE

ON PREPONDURANCE OF THE STANDAED OF PROOF A , VETERAN,

U,S. A. F.

LIVIA M. SCOTTO

2710 GOLF HEIGHTS CIRCLE

VALRICO , FLORIDA 33596

813.689.8726


FILED CASES BEFORE THE AFOREMENTIONED AGENCY AND ALL OTHER ENTITIES et al

UNITED STATES COURT OF FEDERAL CLAIMS

LIVIA M. SCOTTO
v.                               NOTICE OF CLAIMS

                                         STRICT ABSOLUTE LIABILITY

                                   BREACH  "DUTY"  " AGENCY "GROSS
                                     CRIMINAAL NEGLIGENCES

 U.S. V.A. et al                      DISCRIMINATORY PRACTICE

OFFICE OF PERSONNEL MANAGEMENT et al      CONCEALMENT OF INJURIES HARMS

 JORDAN FOSTER et al                   EMPLOYMENT LAW VIOLATIONS

COUNTY OF HONOLULU  et al         MALICIOUS PROSECUTION ASSET SEIZURES

CORPORATION COUNSEL et al          BREACH DUTY PROFESSIONAL LIABILITY

TRIPLER ARMY MEDICAL CENTER et al          FINANCIAL BENEIFIT FRAUD

U.S. VETERANS AFFAIRS  PACIFIC et al  REGIONAL  CAMPUS et al  FALSE ARREST

PETAGON FEDERAL CREDIT UNION  et al     BANK EMPLOYEES FRAUD

 U.S. DEPARTMENT OF DEFENSE et al      FEDERAL CONTRACTOR FRAUD
U.S.   STATE DEPARTMENT  ET AL       ILLEGAL  DETAINMENT

U.S. DEPARTMENT OF  LABOR et al  DENIAL OF SALARY WAGES FROM STATE OWNED
UNITED AIRLINES et al                OPM  CONTRACTORS  LARSCENY PROPERTY CARGO

WORKFORCE SOLUTIONS et al          CONTRACTOR FRAUD ILLEGAL TAKINGS CUSTOM

U.S.V.A. RESEARCH AND DEVELOPMENT  et al SEXUAL HARASSMENTS ASSAULTS

 OFFICE GENERAL COUNSEL  et al         DEFAMATION OF CHARACTER MALNUTRITION

MILES MIYAMOTO et al                  ACTIONABLE  LIBEL  VETERANS RETRO BENEFITS

STATE OF HAWAII et al                 AASAULTS HOUSING DISCRIMINATION

U.S.VETRANS AFFAIRS et al            LOAN DIVERSIONS  BANK FRAUD

ONE JARRETT WHITE ROAD             MANIPIULATION OF LEGAL RECORDS

HONOLULU HAWAII  et al                RETALIATIONS ASSUALTS

UNITED STATES BOARD VETERANS AFFAIRS et al   JUDICIAL DISCRIMINATION PERJURY

U.S.COURT OF VETERANS APPEALS JUDGES  et al   MANIPULATION OF LEGAL RECORDS

U.S.VA. HONOLULU HAWAII et al              PHYSICIAN  MISDIAGNOSIS

U.S.V.A.  HOUSTON TEXAS et al        HOAPITAL DISCRIMINATORY PRACTICE

                                   OBSTRUCTION OF JUSTICE  VACCINE INJURIES

U.S. AIR FORCE et al                 MALICIOUS PROSECUTION  SLANDER CALUMNY



trusts and restatement of the law indexes relative treatises codes table of authorities statutes citations secondary authorities cited in original cases filed  that were denied judicial officers review ,

INTENTIONALWrongs in the  concealment by the defense counsel

INTENTIONALINFLICTION OF HARMS   BY  ALL DEFENDENTS PROVEN IN CASE  THAT IN THE  RULE OF LAW THESE   VENUES ON REVERSABILITYOF  OPINIONS PREDICATED ON JUDICIAL ERRORS, MISCONDUCT ,LEGALMALPRACTICE BY JESSICA MARIEMC CLEAN  ET AL

MOTION TO CHANGE OF VENUEciting   FROM  FORUM SELECTION CLAUSE


**APPELLANT'S  OPENING BRIEF**

**MOTION TO FILE FOR ENLARGEMENT OF TIME to  file**

**Appellants Merits on the  Briefs**

**ON GROUNDS OF evidence  of defendants culpability and COURTS ERRORS  DENIAL OF RECORDS COURT DOCUMENTS FROM REMOVAL OMMISSIONS MISAPPROPRIATION OF RECORDS NAMING THE AFOREMENTIONED  AND   STATE   MUNICIPALITIES AGENCIES COUNSEL OF RECORD**

**DEFENDENTS  CORPORATE    COUNSEL OMMISSIONS**

---

MOTION FOR CLERK  TO  CALL FORTHE ORIGINALRECORDS

FOR USE ON APPEALPENDING TO SHOW CAUSE of pecuniary, hedonicpunitive damages

Demand forspecified damages filed    in cases


On  standing of   RESTATEMENT(Second) OF TORTS

Errors in case 8;16-cv-3379 on amended Appealafter Notice to Court in case Appealin forwarding docketed  cases on Filed Notice On  separate case filed on  4/13/2017,  5/10/2017,   6/19/2017, 7/7/2017, filed in Federal Claims venue. Motion to serve process on my previous " attorney in fact," Disbarred   Fed cir.  By Judge Laura Beyer N.C.    on fraud of otherclients of McClean's fraud



X

abandonment felony on deceit of misrepresentation use of client funds failure to communicate   and The Florida Bar  on knowledge  of my attorney in fact   Jessica M. McClean on filed complaints The Florida Bar counsel,Henry Coxe III James Fisherand staff of Bar conflict of interest.

**16-1606**

**15-1198**

**14-7135**

**15-1198**

---

NOTICE OF DIRECTLY  RELATED CASES

ON APPEALFROM THE U.S.D. C. MULTI  JURISTDICTIONS

For the  Middle  District  Tampa  Florida,

FIRST CIR. COURT  HAWAII FILED IN THE JUDICIARY

## U.S.D.C.   SDNY  U.S.D.C. HAWAII

## U.S.D.C.   New Jersey, U.S.D.C. SDHTX

## U.S. COURT OF FEDERAL  CLAIMS

---

MOTION TO ORDER ALL RELATED CASES AND COURT RECORDS  (all and any records heretofore filed) MOTION TO CONSOLIDATE CASES ON APPEALAND REMOVE COURT RECORDS FROM THE AFOREMENTIONEDVENUES TO ORDER SUBPOENA TO TRANSFER  BY  ELECTRONIC ANDWHITE PAPER AS PARTS OF RECORDS WERE OMMITTED FROM ORIGINAL COURT FILEDRECORDS IN TRANSMISSION  THEREOF.     MOTION FOREXTENSION  OF TIME TO FILE OBJECTIONS OF  ORDERS OF DISMISSALON PREPONDURANCEOF EVIDENCE OF DOCUMENTS PRODUCTION OF DOCUMENTS EXHIBITS REMOVEDOR DENIED IN UNETHICAL DISCOVERY BY THE  FLORIDA BAR  COUNSEL Having original cases filed by  my attorney s in  fact   Gerard Jervis, Thomas  J. Pico Aiona  et al of Kailua, Honolulu .Hawaii filed in THE JUDICIARY Cir. Court of Hawaii, 777 Punchbowl Street Honolulu Hawaii 96813 as that case is directly related to cases on appealpending ,cases 1cc -03-1-713  ; all related cases are in the cause of  actionable libel and othercases on appealhaving  standing in the venue  herein on my constitutional amendments, based on 42 U.S.CODES 2000 )a[j[f b]c\i(e) realestate law private and intellectual property rights domicile

that have standing in venue by cause of strict liability CAUSING irreversible harms (see pages containing relative U.S.CODES   conflicts of laws agency contracts torts property restitution security

LACKLAND AIR FORCE BASE et al  ILLEGAL COLLECTION  STUDENT LOANS UNRECEIVED TO DATE

U.S. DEPARTMENT OF TREASURY BUREAU FISCAL SERVICES et al HUMAN RIGHTS ABUSES

U.S. CUSTOMS et al          ILLEGAL TAKINGS CONFISCATIONS ASSUALTS BY ACTORS

JORDAN FOSTER et al  EMPLOYMENT LAW SEXUAL HARASSMENT  UNPAID WAGWS

                        SEXUAL  ASSUALTS THREATS DEATH  BY CONTRACTORS EMPLOYEES
DENIAL OF  UPGRADED PROMOTIONS  ROBBERRIES  OF PROPERTY


AND ALL COUNSEL OF RECORD FILED HERETOFORE et al



 NOTICE OF APPEAL



MOTION  TO FILE JUDICIAL CONDUCT COMPLAINT

MOTION TO FILE CHANGE OF VENUE FILINGS IN CONTENT WERE IN RECORD OF ORIGINALS OMMITTED



THERE WERE TECHNICAL   PROCEDURAL R, ERRORS IN ORIGINAL CASES

MOTION  TO WAVIER FEES TO MOVE UPON  COURT TO WAVIER FEES

 OF CERTIFIED COPIES OF ANY AND ANY  ALL DOCUMENTS RECORDS APPEALS CERTIFICATES OF SERVICE

MOTIONS APPOINTMENT OF COUNSEL

ANY AND ALL EXHIBITS

TO BE SENT FROM COURT TO

LIVIA M. SCOTTO

2710  GOLF HEIGHTS CIRCLE

VALRICO , FLORIDA 33596

 TEL; 813. 689.8726

    liviamscotto@outlook.com

heretofore filed in venues of jurisdiction and forum selection,

aforementioned et al

and all  and any otherentities counselof record  heretofore filed et al

*Defendant-Appellees etal*

*See list  of additionaldefendants etal  served process*

## Notice of Appeal

## BRIEFS ON THE MERITS EXERPTS WAS FILED IN COMMERCIAL CARRIERS FILINGS ON STANDING IN CASES SUBSEQUENTLY TO CLERKS OFFICE

## NOTICE OF DIRECTLY  RELATED CASES FILING  OF  RELATED   CASES

## On standing of 28 U.S.C.S. S 1295(a) (g)

## 16-9125, 16-9127

## 2:16=CV-08922

## 8:16-cv-3379

## 4:2014-cv-03417

## 14:2014-mc-2720

## 4:2014-cv-3360

## See additional list naming respondents in subsequent filings

## 1cc-14:-27527

## U.S.D.C. in   the District  of Hawaii

## Order from the aforementioned venues for all and  any original  cases on white paper  on my complaints  filed and    by counsel

Mobile  nu. 813.708.2038

MOTION TO CLERKS DUTY  TO SEND COPIES OF CASE DOCUMENTS ,RECORDS  EXHIBITS NOTICES OF DOCKETING STATEMENTS

MOTION TO  RECUSE JUDGES BRODIE

 MOTION TO RECUSE JUDGE BLOOM

AND OTHER RELATED CASES FILED HERETOFORE CASE  #  19-2476

AND U,S, C. A.   2ND  CIR,APPEAL CASE     ON APPEAL                    19-1456

MOTION TO CONSOLIDATE CASE S

 BRIEF ON APPEAL

MOTION TO FILE FOR CERTIFIED COPY  DOCKETING  STATEMENT

 BRIEFS ON THE MERITS

  DOCKETING   STATEMENY

 SUMMONS WITH NOTICE

SUMMONS AND REAMMENDED COMPLAINT APPEAL AND VERIFIED PETITION

ORDER TO SHOW CAUSE

NOTICE UPON THE COURT OF C.I.P.

NOTICE OF AMMENDED APPEAL  ADDITIONAL APPEALLEES ET AL

NOTICE OF MOTIONS OF CONSTRUCTION LIENS ON APPEALLEES CONTRACTS HOLDINGS et al

# MOTION FOR EXTENSION OF TIME

# MOTION FOR COURT TO SERVE APPEALLEES  WITH SUMMONS WARRANTS  SUBPOENA LIENS RES PLEVINS ORDERS OF PROPERTY

PRINTING HOUSEPRESS ET AL

THE  CORPORATION TRUSTET AL

U.S. State Department et al

County of Honolulu et al

CORPORATION COUNSEL et al

United States et al

Volks Anwalt  et al

Jessica Marie McClean et al

Greystaret al

Star Alliance et al

Air France et al

UNITEDSTATES ET  AL

UNITEDSTATES SOCIAL SECURITY ADMINISTRATION ETAL

NANCY  BERRYHILL  ET AL

Vinci Group et al

United Continental Holdings et al

United Continental Airlines et al

United  Airlines et al

Excess International Movers et al

Barclays Bank et al

Pentagon Federal Credit Union et al

Wells Fargo Bank et al

Comerica Bank et al

Direct Express Bank et al

Excess Baggage Internationalet al

Affinity Cellular Autoclub et al

M.Dyerand Sons Inc. et al and any

and all  affiliates

# RECOVERIES AND MONIES DIVERTED BY APPEALLEES et al

## DAMAGES  $9990000000.00

## $$ 125 MILLION  USD

## NOTICE OF ADDITIONAL APPEALEES

### PROOF OF SERVICE UPON DEFENDANTS ET  AL

#### PROOF OF SERVICE

## 19-cv-2443 MOTION TO CONSOLIDATE  19-2476

## C.I.P FILED WITH MOTIONS PENDANCY ON APPEAL
## CERTIFIED  CERTIFICATE OF SERVICE

ALL ENTITIES SERVED  HEREIN ET AL

NOTICE UPON THE COURT OF APPEALLANTS BRIEFS

BRIEFS  ON APPEAL FILED WITH C.I.P. CONTENTS

11 TH CIR, R,26 1-2  (c )  **FILED WITH CIP IN BRIEFS**

**CONTAINED IN THE MOTION AND PETITION TO**

**UNDER LAW ,I, LIVIA M. SCOTTO .,SWEAR TO**

**CERTIFY TO THAT EFFECT**

**MOTION FOR REINSTATEMENT OF ALL AND ANY**

**FROM OTHER VENUES ON EVIDENCE OF LEGAL JUDICIAL MALPRACTICE**

**MISCONDUCT OF JUDICIAL OFFICERS et al**

**,PROFESSIONAL LIABILITY CONCEALMENT IN FACT OF "ATTORNEYS IN FACT" et al**

**CASES HERTOFORE FILED 18:14043-J**



# MOTION FOR WARRANT FOR ARREST AND MONEY SEIZURES SUMMONS PROPERTY CHATTEL HELD BY ATTORNEY IN FACT

## JESSICA M. Mc CLEAN et al

## PRINCIPLE OF VOLKS ANWALT LAW et al

## 200 LAGUNA VILLA BLVD  UNIT C-23

## JACKSONVILLE BEACH FLORIDA 32250

### AND ALL AND ANY

#### OTHER CASES FILED HERETOFORE

## MOTION FOR CONSTRUCTION LIENS  FOR PERCUNIARY LOSSES DAMAGES AND APPEALLANTS PROPERTY  HELD IN PREMISES OF VINCI AIRPORTS ALS AEROPORTOS de LISBOA PORTUGAL    ET AL

## ANA ET AL

## MOTION FOR PROPERTY RECOVERY j, STILL IN POSESSION OF VINCI CONSTRUCTION et al ON APPEALLEES HOLDINGS SLATED FOR  dba  VINCI

## VINCI EUROVIA et al



v. JESSICA MARIEMCCLEAN ET AL

VOLKS ANWALTET AL

JAMES FISHER ET AL HENRY COXE III ET AL

BEDELL  LAW FIRM ET AL

COLLEEN  MACMAHON ETAL

UNITEDSTATES   ET AL

UNITEDSTATESDEPARTMENTOF  EDUCATION  STUDENY

U.S.  ( " DEPARTMENT " ) OF EDUCATION ET AL

BASS & ASSOCIATES, PC ET AL

NATIONALPAYMENT CENTER ET AL

UNIVERSITYOF HAWAII ET AL

MAUI COMMUNITY COLLEGE ET AL

JONATHAN BEATTY TRUSTET AL

MEDERIOS TRUST ET AL

STATE OF HAWAII ET AL

THE CORPORATION COUNSEL ETAL

CITY AND COUNTY OF MAUI ET AL

CITY AND COUNTY OF HONOLULU ET AL

MAUI CORPORATIONCOUNSEL ETAL

FIRST JUDICIAL DEPARTMENTSUPREME COURT NY

ATTORNEY DISCIPLINE COMMITTEE  ET  AL

61 BROADWAYNY NY 10006

HILTON WORLDWIDE HOTELS ET AL

HILTON  DOUBLETREE HOTELS ET  AL

PRINTHOUSE PRESS ET AL , NEW YORK

CEO  MICHAEL  FARRELL ET AL

JIM COONAN

KUPERMAN  ET AL COUNSEL OF RECORD

# FOR THE FIRST CIRCUIT
# U.S.COURT OF APPEALS NEW YORK
# 40 FOLEY SQUARE N.Y. , N.Y.

# U.S.COURT OF APPEALS
# 27 MADISON PLACE
# N.Y. , N.Y.

IN THE SUPREME COURT NEW YORK

60 CENTRE STREET

NEW YORK, N.Y.

FIRST JUDICIAL DEPARTMENT NEW YORK

61 BROADWAY NY,NY 10006

REQUEST FOR JUDICIAL INTERVENTION

MOTION FORAPPOINTMENT OF COUNSEL

MOTION FOREXPARTE ORDERS TO SHOW  CAUSE

ORDER TO FOREIGN SERVICE          DAVIDD,  SIEGALSUPRA AT 590

MOTION FOR SERVICE OF SUMMONS

MOTION FOR SPECIAL PROCEEDINGS

MOTION FOR PRODUCTION OF ORIGINAL COURT

RECORDS

_____

**Livia M, Scotto**

*Plaintiff-Appellant*

CONTRACTS FOR CONSTRUCTION .

NORTH CAROLINA  U.S.

LIVIA M. SCOTTO et al

 V.

U.S. BOARD VETERANS AFFAIRS et al

JONATHAN BEATTY et al

AND ANY AND ALL OTHER ENTITIES DEFENDANTS – APPELLEEES  et al FILED HERETOFORE et al

QATARARI REAL ESTATE HOLDINGS et al

QATAR HOLDINGS et al

SHEIKH ABDULLAH BIN HAMAD et al

BIN KHALIFA AL THNAI TRUST et al

H.G. SHEIKH ABDULLA et al

FREDERIC OUDEA et al

BERTRAND BADRE et al

SOCIETE GENERALE  et al

AIR FRANCE et al

AIR FRANCE KLM et al

AIR FRANCE GROUND SERVICES EMPLOYEES et al

LISBOA ,PORTUGAL et al

And all and any persons defendants entities Board Executives  et al

aforementioned and heretofore filed et al

COUNSEL OF RECORD et al



*LIVIA M. SCOTTO  et al*

*V.*

*NELNET INC. ET AL*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al*

*WILLIAM MUNN  et al*

*UNIVERSITY OF HAWAII et al*

*COUNTY OF MAUI et al*

*U.S, DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS SEATTLE
WASHINGTON et al*

*CONSERVE COLLECTION AGENCY  N .Y. et al*

*BASS AND ASSOCIATES et al*

*U.S. DEPARTMENT OF STATE et al*

*U.S. DEPARTMENT OF TREASURY et al*

*JONATHAN BEATTY  TRUST et al*

*JAMES KRUEGER et al*

*THE CORPORATION COUNSEL of HONOLULU ,
MAUI . HAWAII et al*

*And all and any Other Defendants –Appellee's  et  al*

*Filed Heretofore  et al*

*JESSICA MARIE MC CLEAN et al*

*(aka) JESSICA M. MC HALE et al*

*VOLKS ANWALT et al*

*UNITED  CONTIENTAL  HOLDIMGS  et al*

*UNITED AIRLINES and ALL AFFILIATES
PARTNERS  SUBSIDIARIES et al*

*CAROLYN COLVI et al*

*BRETT HART  et al*

*OSCAR MUNOZ et al*

*HENRY MEYER et al*

*ALTIMETER et al*

*BLACKROCK  et al*

*SANTANDER  BANK et al*

*BARCLAYS BANK et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*BRICKELL BANK  et al*

*CREDIT SUISSE et al*

*BANQUE OF LUXEMNOURG et al*

*UNITED AIRLINES  et al*

*UNITED CONTIENTAL HOLDINGS et al*

*And all UAL BOARD MEMBERS et al*

*SOCIETE GENERALE  SA  et al*

*SOCIETE GENERALE   AFFILIATES et al*

*CORPORATE  PARTNERS  et al*

*BOARD of  DIRECTORS   et al*

*PRESIDENT OF THE BOARD  et al*

*JEAN-PHILLIPPE GUILLAUME    et al*

*PIERRE YVES DEMOURES  et al*

*And all and any Members  of the Board  of Directors  et al*

*LORENZO  BINI  SMAGHI et al*

*JEAN- BERNARD  LEVY  et al*

*ALEXANDRA SCHAAPVELD et ak*

*QATARARI REAL EASTATE    et al*

*SHEIKH ABDULLAH  BIN  HAMAD  et al*

*BIN KHALIFA AL THNAI  FAMILY TRUST et al*

*H.E.SHEIKH ABDULLAH TRUST et al*

*AIR FRANCE  et al*

*ANN MARIE COUTREC et al*

*XAVIER HULLIARD  et al*

*VINCI  EUROVIA et al*

*VINCI GROUP et al*

*VINCI CONCESSIONS et al*

*VINCI FACILITIES rt al*

*VINCI  CONSTRUCTION  et al*

*M.DYER AND SONS et al and all  AFFILIATES et al*

*M.DYER AND SONS INC. PARTNERS et al*

*M. DYER AND SONS  INCORPORATED    et al*

*PRIVCO  et al*

*U.S. VETERANS AFFAIRS  et al*

*U.S. DEPARTMENT OF AGRICULTURE  et al*

*U.S. FARM BUREAU et al*

*U.S.OFFICE OF PERSONNEL MANAGEMENT et al*

*U.S. DEPARTMENT  OF DEFENSE et al*

*U.S.OFFICE OF THE GENERAL COUNSEL et al*

*OFFICE OF GENERAL LAW  et al*

*ATLANTIC RELOCATIONS et al*

*PAC GLOBAL et al*

*EXCESS BAGGAGE INTERNATIONAL MOVERS  et al*

*PENTAGON FEDERAL CREDIT UNION  et al*

*J.P. MORGAN et al*

*TRUE NORTH  RELOCATIONS  et al*

*HONOLULU INTERNATIONAL AEROPORT et al*

*U.S. DEPARTMENT OF LABOR et al*

*U.S. VETS  HOUSING, BARBER'S  POINT  and WAIANAE  OAHU HAWAII et al*

*U.S. FEDERAL BUREAU of INVESTIGATION  et al od MAUI KAPOLEI HONOLULU  , HAWAII et al*

*MAUI PROSCEUTOR ATTORNEYS OFFICE et al*

*STATE  OF HAWAII   et al*

*U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al*

*U.S. NATIONAL LABOR INDUSTRY RELATIONS et al*

*STATE OF TEXAS WORK FORCE DEVELOPMENT AGENCY et al*

*WATERFORD SPRINGS  et al of  SPRING , TEXAS*

*JORDAN FOSTER  DEVELOPERS CONSTRUCTION COMPANIES et al*

*For HARRIS COUNTY  and SPRING TEXAS*

*STATE OF TEXAS  DEPARTMENT OF LABOR   et al*

*DANIEL HU et al  DEPUTY ATTORNEY GENERAL for US O.A.G.*

*U.S. OFFICE ATTORNEY   KEN MAGIDSON et al for HOUSTON TEXAS*

*U.S. OFFICE OF THE ATTORNEY GENERAL   et al*

*U.S. JUDICIAL OFFICERS OF  MAUI , HONOLULU, HAWAII*

*U.S.JUDICIAL OFFICERS OF SOUTHERN DISTRICT , NEW YORK ,HOUSTON ,DALLAS, TEXAS  et al*

*JUDICIAL OFFICERS  of  JUDICIARY  SECOND CIRCUIT COURT et al*

*WAILUKU , HAWAII OAHU , FIRST CIRCUIT COURT et al*

*STATE OF HAWAII JUDICIARY et al*

*ON JUDICIAL CONDUCT   et al*

*OAHU FIRST CIRCUIT  JUDICIAL OFFICERS et al*

*FAMILY COURT KAPOLEI  HAWAII et al*

*HONOLULU PROSCEUTORS ATTORNEYS OFFICE et al*

*DISTRICT COURT JUDGES et al of the FIRST CIRCUIT*

*KAUIKEAOULI  HALE ALAKEA  ST HONOLULU HAWAII*

*SUPREME COURT  JUSTICES  et al*

*COURT OF APPEALS*

*ADVENTURE RESORTS REALTY et al*

*JORDAN FOSTER et al*

*GREYSTAR et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*THE MEDEROIS TRUST et al of MAUI HAWAII  et al*

*JONATHAN BEATTY TRUST of KEHEI ,KAHALUI et al*

*THE CORPORATION COUNSEL  of  MAUI*

*HONOLULU PROSECUTORS OFFICE  et al*

*HAWAII PUBLIC HOUSING AUTHORITY et al*



*U.S. HOUSING AND URBAN DEVELOPMENT AGENCY et al*

*THE  DANIEL INOUYE TRUST et al*

*SPARKS MATSUNAGA MEDICAL CENTER et al*

*TRIPLER ARMY MEDICAL CENTER et al*

*U.S. VETERANS ADMINISRATION REGIONAL OFFICES et al*

*U.S.  DRUG ENFORCEMENT AGENCY et al*

*U.S. VETERANS HOSPITAL OF THE PACIFIC, HONOLULU HAWAII et al*

*U.S. VETERANS HOSPITAL OF HOUSTON  TEXAS et al*

*U.S. STATE DEPARTMENT  et al*

*U,S.DEPARTMENT OF TREASURY et al*

*U.S. D.E.A. et al  BUREAU TABACCO FIREARMS et al*

*U.S. CONSULATE HOUSTON  TEXAS HONOLULU HAWAII*

*U.S.CONSULATE of ROME,  FLORENCE, NAPLES,  ITALY*

*U.S. CONSULATE  LISBOA PORTUGAL*

*SOCIETE GENERALE SA   et al*

*FREDERIC OUDEA et al*

*BERTRAND BADRE  et al*

*SOCIETE GENERALE  et al*

*AIR FRANCE KLM et al*

*LUFTHANSA AIRLINES et al*

*UNITED AIRLINES et al*

*UNITED CONTIENTAL HOLDINGS et al*

*DELTA AIRLINES et al*

*AMERICAN AIRLINES et al*

*QATAR HOLDINGS et al*

*VINCI CONCESSIONS et al*

*CREDIT SUISSE BANQUE SA*



*SANTANDER BANK et al*

*BANK OF  LUXEMBOURG et al*

*BANCO ESPIRITOS SANTOS et al*

*NOVO BANK  et al*

*BRICKELL BANK et al*

*ALS/ANA      AEROPORTS  OF PORTUGAL  PORTO ,LISBOA*

*JESSICA MARIE MC CLEAN et al (aka) JESSICA M. MC HALE et al*

*AND ANY AND ALL PRINCIPLE  OWNERS OF VOLKS ANWALT et al*

*JESSICA MARIE MC CLEAN et al*

*JOSEPH KOSKO et al*

*VOLKS ANWALT OF NEW YORK , FLORIDA et al*

*ATLANTIC  FREIGHT FORWARDERS  et al*

*MOVERS SHIPPERS OF FLORIDA AND ATLANTA GEORGIA et al*

*REGISTERED AGENTS of M.DYER AND SONS   et al*

*SEE ADDITIONAL PAGES OF CORPORATE DISCLOSEURES*

*CHAIRMAN CEO AFFILIATES AND DBA ENTITIES  FILED IN C.I.P.*

*And all and any  defendants filed heretofore et al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*NOTICE OF LIENS UPON CORPORATE HOLDINGS et al*

*BRIEFS ON THE APPEAL*

*AIR PASSENGER RIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY OF COLLATERAL ACTIONS*

*MOTION FOR APPOINTMENT OF ATTORNEY*

*ASSIGNMENT OF  COUNSEL*

*MOTION FOR BOND FOR COSTS*

*PURSUANT TO RULE  FRAP.*

*NOTICE OF  FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEY FEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTION FOR TRAVEL EXPENSES TO VENUE*

*MOTION FOR RES PLEVIN UPON APPEALLEES*

*MOTION FOR ORDER OF WARRANT TO*
*APPEALEES et al*

*FOR APPEALLANTS BANK DEPOSITS LOANS OF*
*$25 ,000,000.00*

*ADDITIONALLY $ 175 MILLION  DOLLARS IN*
*FUTURE VALUE TO*

*APPEALLANT   IN LOSSES   REAL ESTATE*
*PROPERTY ACTUAL VALUE*

*FUTURE INTERESTS OF PRIVATE INTELLECTUAL*

*LITERARY PRODUCTION SCREEN PLAY*

*VALUE TO MOVIE FILM PRODUCTION COMMERCIAL  BUSINESS*

*ENTERTAINMENT  INTERESTS*

*INTELLECTUAL PROPERTY IN POSCESSION  OF THE APPEALLANTS*

*DEFENDANTS AGENTS  et al*

*OBSTRUCTION OF  FLIGHT BOARDING AND VOIS DROITS   AIR*

*PASSENGER TREATY  VIOLATIONS FREE PASSAGE OF MOVEMENT OF*

*APPEALLANT AND SUCH PROPERTY  TO INTERNATIONAL  PROPERTIES*

*IN WHICH APPEALLANT HAS OWNWERSHIP INTERESTS IN*

*BANK REGULATIONS   VIOLATIONS REGULATION  FREE PASSAGE OF*

*ANY AND ALL  CARGO  AND TICKET AIRLINE AND AGENT HELD FROM     APPEALLANT THUS*

# MOTION TO RECOVER INTELLECTUAL AND DESIGNER PROPERTY

# MOTION TO CLAWBACK PRINCIPLE LOANS BANK DEPOSITS

# UNITED CONTIENTAL HOLDINGS ET AL EMPLOYEES ET AL OF UNITED AIRLINES DATA BREECH HACKING OF TRAVEL ITINERARY FLIGHT DETAIL

# CAUSE IN FACT OF SEXUAL ASSAULTS

# SLEEP DEPRIVATION, MALNUTRITION

# INVASION OF PRIVACY UPON

# SECLUSION, STALKING

# DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT

*BANK DEPOSIT DISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONS DENIAL OF BOARDING robberies pilfering by property in airline warehouse registered agents of any and all other*

# JESSICA MARIE MC CLEAN et al

# VOLKS ANWALT et al

***STATEMENT***

***OF THE CASE***

***BRIEF***

***ON APPEAL***

## HP Color LaserJet MFP M283fdw

# Fax Confirmation

Jul-27-2022  5:10PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 810 | 7/27/2022 | 5:08:24PM | Send | 6093760834 | 2:09 | 6 | OK |



### HP Color LaserJet MFP M283fdw

## Fax Confirmation

Jul-21-2022  11:34AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 793 | 7/21/2022 | 11:33:06AM | Serd | 6093760834 | 1:28 | 3 | OK |

*BANK REGULATIONS   VIOLATIONS*
*REGULATION  FREE PASSAGE OF*

*ANY AND ALL  CARGO  AND TICKET AIRLINE AND AGENT HELD FROM     APPEALLANT THUS CAUSE IN FACT OF SUBSEQUENT HARMS CAUSED BY AIR PASSENGER RIGHTSPROPERTY HELD  IN PREMISES OF*

*OF THE APPEALLEES  et  al*

*MOTION FOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for  AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC,  SPECIAL, COMPENSATORY DAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS   of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL, DENIAL OF MEDICAL*

*TREATMENT TO  ITNTERNATIONAL DESTINATION DENIED BY  THE*

*TORTURIOUS  INTERFERENCE*

*IRREPARABLE MENTAL,*

*PHYSICAL HARMS*



**BIN KHALIFA AL THNAI TRUST** et al

**H.G. SHEIKH ABDULLA** et al

**FREDERIC OUDEA** et al

**BERTRAND BADRE** et al

**SOCIETE GENERALE**  et al

**AIR FRANCE** et al

**AIR FRANCE KLM** et al

**AIR FRANCE GROUND SERVICES EMPLOYEES** et al

**LISBOA ,PORTUGAL** et al

**And all and any persons defendants entities Board Executives**  et al

**aforementioned and heretofore filed** et al

**COUNSEL OF RECORD** et al

**LIST OF INTERESTED PERSONS** et al

 **All JOHN DOE  REINSURERS ET AL**

**PRUDENTIAL INSURANCE COMPANY NEW YORK**  et al

**METROPOLITAN LIFE INSURANCE COMPANY  NEW YORK**
**et al**

**INSURANCE  COMPANIES OF THE EXECUTIVE BOARD  ET**
**AL**

**CORPORATE DISCLOSEURE**

**LIST OF PARTIES PERSONS SUBSIDIARIES**

 **AFFILIATES ET AL et**

 **ALL  Underwriters and Reinsurers  et al  of  aforementioned**

**And heretofore filed et al**

**SOCIETE GENERALE et al**

**EDOUARD-MALO HENRY  ET AL**

**SOCIETE GENERALE SA et al**

**189 rue d'Aubervilliers**

**75886 PARIS CEDEX 18**

**TOURS SOCIETE  GENERALE et al**

**75886 PARIS  CEDEX 18 FRANCE**

**ALAIN BOZZI et al**

**LVMH MOET HENNESSY LOUIS VUITTON S.E. et al**

**VTB BANK et al**

**SOLVAY  SA et al**

**And all and any Shareholders et al , affiliates et al**

**UNITED CONTIENTAL HOLDINGS et al**

**AIR FRANCE -KLM et al**

**DELTA AIRLINES et al**

**MARK FREANKLIN SCHWAB et al**

**STAR ALLIANCE GLOBAL  AFFILIATES et al**

**GmBH FRANKFURT  et al**

**ANN MARIE COUDERC et al**

**GEORGE MATTSON et al**

**EURONEXT DG et al**

**XAVIER HULLIAD et al**

**NICHOLAS NOTEBAERT et al**

**YVES-THIBAULT SIGUY et al**

**AEROPORTOS de PORTUGAL  et al**

**ANA -ALS et al**

**QATAR HOLDINGS et al**

**SHIEK MOHHAMED  BIN AL   HIN**

**PIERRE COPPEY et al**

**AIR FRACE KLM et al**

**MOTION FOR WRIT OF EXECUTION FOREIGN SERVICE**

**FRENCH PARQUET NATIONAL  FINANCIER ET AL**

**QATAR HOLDINGS et al**

**And all affiailiates    et al**

**Owners of QATAR STATE  et al**

**SHAREHOLDERS  et al**

**SOCIETE GENERALE  SA et al**

**VINCI SA. Et al**

**PIERRE COPPEY et al**

**EXECUTIVE V.P.**

**CHAIRMAN**

**VINCI  AUTUROUTES ,  FRANCE  et al**

   **1   COURS FERNDINAND de LASSEPS , CEDEX
RUEIL-MAIMAISON 92500 FRANCE**

**ADP et al, ENXTPA ADP  et al**

**GLOBAL INFRASTRUCTURE PARTNERS et al**



VINCI GROUP et al

EUROPEAN BANKING AUTHORITY et al

AIR FRANCE KLM et al

UNITED  CONTIENTAL HOLDINGS et al

M.DYER AND SONS  et al

AXXA et al

MIDDLE EAST INSURERS et al

QATER HOLDINGS et al

CREDIT SUISSE et al

AND ALL CEO  CFO  et al  OWNER S  et al

REBECCA PARKER et al

COUNSEL OF RECORD  et al

TATE MATTHEWS  et al

TRUE NORTH  RELOCATIONS et al

HEATHER ENGEL et al

1411 FOURTH AVENUE  SUITE 701 SEATTLE WASHINGTON. 98101

EXCESS INTERNATIONAL MOVERS et al

EXCESS BAGGAGE MOVERS et al

LONDON ENGLAND

BARCLAYS BANK et al

REBECCA PARKER et al

M.DYER AND SONS et al

**98-054 KULEANA ROAD PEARL CITY , HAWAII 96782**

**M.DYER AND SONS  INC. et al and  ALL AND ANY PARTNERS , AFFILLIATES et al**

**MOTION FOR  WRIT OF FOREIGN AND DOMESTIC SERVICE OF PROCESS TRACE OF  TRACKING OF ORDER OF SIEZURE RECOVERY OF PROPERTY LOANS BANK DEPOSITS  On Behalf of the APPEALLANT THAT ARE HELD ILLEGALLY DUE TO BANK FRAUD LOAN DIVERSIONS CREDIT CHEQUES  BUSINESS LOANS DIVERTED BY SOCIETE GENERALE et al BANCO ESPIRITOS SANTOS  et al PENTAGON FEDERAL  CREDIT UNION et al BARCLAYS BANK  et al**

**MULTIBANCO et al SANTANDER   BANK et al  BANQUE de LUXEMBOURG  DEPOSIT DISGORGEMENTS OF VINCI AEROPORT GROUP   CONCESSIONS  et al AND AIR FRANCE GROUND  TRANSFER  SEVICES  UNITED CONTIENTAL HOLDINGS et al AIR FRANCE -KLM et al DELTA AIRLINES ET AL LUFTHANSA  M.DYER & SONS et al  TRUE NORTH RELOCATIONS et al  TO BOARD FLIGHT AND OTHER ASSAULTS  AIR PASSENGER VIOLATIONS  OF AIRLINE SKYTEAM AFFILIATES THAT HAVE CRIMINAL CULPABILITY  BY THE  ACTORS TO  CAUSE IN FACT  OF**

**THE DEPRIVATIONS OF  PRIVATE PROPERTY AND HUMAN RIGHTS VIOLATIONS CULPABILITY OF CARGO STRANDING       on   APPEALEES Premises**

**FOR PROPERTY THINGS  CARGO**

**HELD ON PREMISES OF THE ENTITIES FILED**

**HERETOFORE ET AL**

**ANA  SA.  AEROPORTOS de  PORTUGAL**

CAUSE IN FACT OF SUBSEQUENT HARMS CAUSED BY AIR PASSENGER RIGHTSPROPERTY HELD  IN PREMISES OF

OF THE APPEALLEES  et  al

MOTION FOR RECOVERY OF PROPERTY

HELD IN PREMISES OF DEFENDANTS

Motion for  AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC,  SPECIAL, COMPENSATORY DAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS   of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL,DENIAL OF MEDICAL

TREATMENT TO  ITNTERNATIONAL DESTINATION DENIED BY  THE

TORTURIOUS  INTERFERENCE

IRREPARABLE MENTAL,

PHYSICAL HARMS

MOTION TO RECOVER INTELLECTUAL AND DESIGNER PROPERTY

MOTION TO CLAWBACK PRINCIPLE LOANS BANK DEPOSITS



*UNITED CONTIENTAL HOLDINGS  ET AL EMPLOYEES ET AL OF UNITED AIRLINES DATA BREECH HACKING OF TRAVEL ITINERARY FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASION OF PRIVACY UPON*

*SECLUSION,  STALKING*

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSIT DISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING  stolen larceny DEPRIVATIONS DENIAL OF BOARDING robberies pilfering by  property in airline warehouse registered agents of any and all other*

*JESSICA MARIE MC CLEAN et al*

*VOLKS ANWALT et al*

*HENRY COXE  III  et al*

*BEDEL LAW FIRM et al*

*J.P. MORGAN et al*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretofore et al*

*MOTION TO FILE FOR CHANGE*

*OF VENUE FROM VENUES ENCLOSED*

*MOTION TO CONSOLIDATE APPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT  FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLE IV. FRAP 15

MOTION TO FILE APPEAL WITH OTHER RELATED MATTERS

MOTION TO CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

AND JACKSONVILLE DIVISION

MOTION  FOR  CHANGE OF  VENUE

IN THE US COURT  OF APPEALS FOR THE 11TH CIR

IN THE U.S. COURT OFAPPEALS FOR THE FED CIR.

IN THE U.S. COURT OF FEDERAL CLAIMS

IN THE ICC AND ICJ  LUXEMBOURG

IN THE EUROPEAN COURT

## MOTION TO CONSOLIDATE CASES FILED

## IN  VENUES  DIVISIONS  OF THE  DISTRICT COURT

## OF FLORIDA  JACKSONVILLE  DIVISION

## TAMPA DIVISION

## MOTION TO SHOW CAUSE OF ACTION  IN TORTS

## ABANDONMENT  BY " ATTORNEY  IN FACT"

## JESSICA MARIE MC CLEAN et al

## PRINCIPLE OF" VOLKS ANWALT "  et al

## Dba  "For The People " et al

## And all  and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

MOTION FOR CHANGE OF VENUE

APP.No.

CASE NO    3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**

15=1198

MOTION TO FILE LIENS , SUPRA  PERMANENT INJUNCTION

MOTION FOR SERVICE OF PROCESS

FOR RES PLEVINS

AGAINST DEFENDENTS ET AL

APPEALED FROM U.S.D.C. FOR THE DISTRICT OF HAWAII

U.S.D.C FOR THE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH CIR.

U.S.D.C. NEW JERSEY  3RD CIR.

U.S.D.C.SDNY

FIRST DIV    SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

PASADENA , BEVERLY HILLS  SAN FRANCISCO CALIFORNIA

IN THE JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713 BIA AYABE

TITLE OF COURT APPEALED FROM

CASES

case filed in   Notice  of Appeal

8;16-cv-02941

the m

# UNITED STATES DISTRICT COURT

## MOTION FOR JURY TRIAL IN DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

## MOTION FOR SECURITY,JUDICIAL BOND   FOR COSTS FEES   SURETY BOND  SPECIFIED HEDONIC PERCUNIARY COMPULSATORY DAMAGES

*Punitive damages*

$ 777,800, 000.000.000.00  COMPLAINT .

PROFESSIONAL LIABILITY BREACH DUTY

LIVIA M. SCOTTO

v.

MAIMONIDES MEDICAL CENTER et al

MARS CORPORATION et al

STATE FARM INSIRANCE COMPANIES et al



*STATE OF HAWAII  et al*

*WILLIAM MUNN et al*

*MICHAEL DUNLAP et al*

*NELNET et al*

*CAMPUS GUARD et al*

*UNIVERSITY OF HAWAII et al*

*JONSTHAN BEATTY et al*

*CORPORATION COUNSEL et al*

*CITY AND COUNTY OF MAUI  et al*

*CITYAND COUNTY OF HONOLULU , HAWAII  et al*

*UNITED STATES et al        COMPLAINT*

*ON GROUNDS OF PROOF*

*BREECH DUTY  ART.  211.1.2.3. OF*

*SECTION  MODEL PENAL CODE SS 2,07, ,2.07*

*SECTION ,; 224.8 1 a.b.c.   224.7,  212 .1  .2 .,3 224.3, 224.4 .10.11, 12, 13, .224.14*

*COUNTRY WIDE  et al        PUNITIVE HEDONIC COMPULSATORY  DAMAGES          TORT*

*MALFEASANCE, MISFEASANCE*
*INJURIES, HARMS*

*MALICICIOUS PROSECUTION*

*FALSE IMPRISONMENT*
*WILLFUL   INTENTIONAL INFLICTION*
*HARMS                  INTENTIONAL*
*MISCONDUCT*

*NECESSITY OF JURISTDICTION SS 315*

*PROTECTION OF PARTY  SS 343*
*NEGLECTS OF OFFICIAL DUTY sS 306*

*BREECH  DUTY*

*CAUSE IN FACT*

*CERTAINTY  OF  LAW  RES IPSA LOQUITER*
*DEMAND  OF AWARD*

*STRICT ABSOLUTE  LIABILITY*

*STATE OF HAWAII et al     ASSAULTS BATTERY*

*MEDIERIOS TRUST  et al  PREMISE LIABILITY*

*COUNTY OF MAUI  et al  PENAL CODE SEC. 2.05*

*ROYAL BANK OF CANADA et al*

SEC. 2.06  - 2.07  ,2.09

*CRIMINAL GROSS MALFEASANCE ,*
*MISFEASANCE   3.12, 2.13    ENTRAPMENT,*
*PREVENTION OF EMPLOYMENT*

*CREDIT SUISSE et  al        NEGLIGENCES*

*JONATHAN BEATTY TRUST et al  ABNORORMALLY*

*COUNTY OF MAUI et al     DANGEROUS ANIMALS*

*UNIVERSITY OF HAWAII et al  LOAN DIVERSIONS*

*BANK FINANCIAL FRAUD*

*EXHIBITS PROOF EVIDENCE*
*FILED                    HERETOFORE*

*CONCEALMENT OF HARMS     EXPERT*
*,LEGAL MEDICAL PROFESSIONAL LIABILITY*
*,MISREPRESENTATION PERJURY*

*FILED WITH NOTICE OF DOCKETING*
*STATEMENT , CERTIFICATE OF SERVICE*

*MOTION FOR  APPOINTMENT  OF*
*COUNSEL*

*MOTION FOR SERVICE OF*
*PROCESS*

*By U.S. MARSHALLS  PUR TO F.R.C.P.*
*APPOINTMENT OF PRO BONO COUNSEL*

*UPON JAMES KRUGAR LAW FIRM of WAILUKU MAUI and AL HOLDEN et al*

*UNITED AIRLINES EMPLOYEES et al*

*JONATHAN BEATTY et al RIELLY OBERNIJJENANG et al ENTITIES BY ELECTRONIC SERVICE FILED HERE TOFORE SUMMONS SUBPOENAS WARRANTS ORDER OF SEIZURE ON BEHALF OF PLAINTIFF ONSTANDING*

*ON JURISTDICTION OF ASSAULTS ORIGINATING IN HAWAII*

*VIOLATIONS OF EU SINGLE MARKET LAWS*

*CONSTITUTIONAL TREATIES SINGLE MARKET LAWS*

*FUNDAMENTAL RIGHTS AND ALL STATUTES CITATIONS CASES HERETOFORE*

*FILED RESPECTIVELY*

*AND MEMBER STATES FREEDOM OF ESTABLISHMENT*

*BANK REGULATORY VIOL. ORIGINATING IN HAWAII*

*HUMAN RIGHTS VIOLATIONS FREEDOM OF MOVEMENT*

TREATY OF EU

CONFLICTS OF LAWS

VIOLATIONS OF THE PRINCIPLES OF NON - DISCRIMINATION

EU CHARTA OF FUNDAMENTAL RIGHTS AIR PASSENGER VIOLATIONS TREATIES ON FUNCTIONS OF EUROPEAN UNION OBSTRUCTION OF THE FREE MOVEMENT OF CAPITAL MEMBER STATES ,

COMMON GLOBALLY. VIOLATIONS OF SUCH LAWS TREATIES DEMAND FOR SPECIFIED DAMAGES PERCUNIARY AWARDS

LOAN DIVERSIONS BANK FRAUD SEE STATUES IN

THE FREE MOVEMENT OF GOODS LARSCENY PILLFERAGES ROBBERIES ASSAULTS BATTERY CARGO LOSSES STRANDING MALNUTRITION FALSE IMPRISIONMENT

OBSTRUCTION OF JUSTICE

ABUSE OF A DOMIENT POSITION

DENIAL OF JURY TRIAL

DENIAL OF RULE OF LAW BY JUDICIAL OFFICERS TO ASSIGN PRO BONO COUNSEL ON THE ORIGINAL CASE S

*HERETOFORE FILED IN VENUES (see WILLIAAM PRYM Commission COATS v. Commission 2007)*

*COUNTY OF MAUI et al*

*U.S, DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS SEATTLE WASHINGTON et al*

*CONSERVE COLLECTION AGENCY N.Y. et al*

*BASS AND ASSOCIATES et al*

*U.S. DEPARTMENT OF STATE et al*

*U.S. DEPARTMENT OF TREASURY et al*

*JONATHAN BEATTY TRUST et al*

*JAMES KRUEGER et al*

*THE CORPORATION COUNSEL of HONOLULU , MAUI . HAWAII et al*

*And all and any Other Defendants –Appellee's et al*

*Filed Heretofore et al*

*JESSICA MARIE MC CLEAN et al*

*(aka) JESSICA M. MC HALE et al*

*VOLKS ANWALT et al*

*UNITED CONTIENTAL HOLDIMGS et al*

*UNITED AIRLINES and ALL AFFILIATES*
*PARTNERS  SUBSIDIARIES et al*

*CAROLYN COLVI et al*

*BRETT HART  et al*

*OSCAR MUNOZ et al*

*HENRY MEYER et al*

*ALTIMETER et al*

*BLACKROCK  et al*

*SANTANDER  BANK et al*

*BARCLAYS BANK et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*BRICKELL BANK  et al*

*CREDIT SUISSE et al*

*BANQUE OF LUXEMNOURG et al*

*UNITED AIRLINES  et al*

*UNITED CONTIENTAL HOLDINGS et al*

*And all UAL BOARD MEMBERS et al*

*SOCIETE GENERALE  SA  et al*

*SOCIETE GENERALE   AFFILIATES et al*

*CORPORATE  PARTNERS  et al*

*BOARD of  DIRECTORS   et al*

*PRESIDENT OF THE BOARD  et al*

*JEAN-PHILLIPPE GUILLAUME   et al*

*PIERRE YVES DEMOURES  et al*

*And all and any Members  of the Board  of Directors  et al*

*LORENZO  BINI  SMAGHI et al*

*JEAN- BERNARD  LEVY  et al*

*ALEXANDRA SCHAAPVELD et ak*

*QATARARI REAL EASTATE   et al*

*SHEIKH ABDULLAH  BIN  HAMAD  et al*

*BIN KHALIFA AL THNAI  FAMILY TRUST et al*

*H.E.SHEIKH ABDULLAH TRUST et al*

*AIR FRANCE  et al*

*ANN MARIE COUTREC et al*

*XAVIER HULLIARD  et al*

*VINCI  EUROVIA et al*

*VINCI GROUP et al*

*VINCI CONCESSIONS et al*

*VINCI FACILITIES rt al*

*VINCI  CONSTRUCTION  et al*

*M.DYER AND SONS et al and all  AFFILIATES et al*

*M.DYER AND SONS INC. PARTNERS et al*

*M. DYER AND SONS  INCORPORATED    et al*

*PRIVCO  et al*

*U.S. VETERANS AFFAIRS  et al*

*U.S. DEPARTMENT OF AGRICULTURE  et al*

*U.S. FARM BUREAU et al*

*U.S.OFFICE OF PERSONNEL MANAGEMENT et al*

*U.S. DEPARTMENT  OF DEFENSE et al*

*U.S.OFFICE OF THE GENERAL
COUNSEL et al*

*OFFICE OF GENERAL LAW et al*

*ATLANTIC RELOCATIONS et al*

*PAC GLOBAL et al*

*EXCESS BAGGAGE INTERNATIONAL MOVERS et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*J.P. MORGAN et al*

*TRUE NORTH RELOCATIONS et al*

*HONOLULU INTERNATIONAL AEROPORT et al*

*U.S. DEPARTMENT OF LABOR et al*

*U.S. VETS HOUSING, BARBER'S POINT and WAIANAE OAHU HAWAII et al*

*U.S. FEDERAL BUREAU of INVESTIGATION et al od MAUI KAPOLEI HONOLULU , HAWAII et al*

*MAUI PROSCEUTOR ATTORNEYS OFFICE et al*

*STATE OF HAWAII et al*

*U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al*

*U.S. NATIONAL LABOR INDUSTRY RELATIONS et al*

*STATE OF TEXAS WORK FORCE DEVELOPMENT AGENCY et al*

*WATERFORD SPRINGS  et al of  SPRING , TEXAS*

*JORDAN FOSTER  DEVELOPERS CONSTRUCTION COMPANIES et al*

*For HARRIS COUNTY  and SPRING TEXAS*

*STATE OF TEXAS  DEPARTMENT OF LABOR   et al*

*DANIEL HU et al  DEPUTY ATTORNEY GENERAL for US O.A.G.*

*U.S. OFFICE ATTORNEY   KEN MAGIDSON et al for HOUSTON TEXAS*

*U.S. OFFICE OF THE ATTORNEY GENERAL   et al*

*U.S. JUDICIAL OFFICERS OF  MAUI , HONOLULU, HAWAII*

*U.S.JUDICIAL OFFICERS OF SOUTHERN DISTRICT , NEW YORK ,HOUSTON ,DALLAS, TEXAS  et al*

*JUDICIAL OFFICERS of JUDICIARY SECOND CIRCUIT COURT et al*

*WAILUKU , HAWAII OAHU , FIRST CIRCUIT COURT et al*

*STATE OF HAWAII JUDICIARY et al*

*ON JUDICIAL CONDUCT   et al*

*OAHU FIRST CIRCUIT  JUDICIAL OFFICERS et al*

*FAMILY COURT KAPOLEI  HAWAII et al*

*HONOLULU PROSCEUTORS ATTORNEYS OFFICE et al*

*DISTRICT COURT JUDGES et al of the FIRST CIRCUIT*

*KAUIKEAOULI  HALE ALAKEA  ST HONOLULU HAWAII*

*SUPREME COURT  JUSTICES  et al*

*COURT OF APPEALS*

*ADVENTURE RESORTS REALTY et al*

*JORDAN FOSTER et al*

*GREYSTAR et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*THE MEDEROIS TRUST et al of MAUI HAWAII et al*

*JONATHAN BEATTY TRUST of KEHEI ,KAHALUI et al*

*THE CORPORATION COUNSEL of MAUI*

*HONOLULU PROSECUTORS OFFICE et al*

*HAWAII PUBLIC HOUSING AUTHORITY et al*

*U.S. HOUSING AND URBAN DEVELOPMENT AGENCY et al*

*THE DANIEL INOUYE TRUST et al*

*SPARKS MATSUNAGA MEDICAL CENTER et al*

*TRIPLER ARMY MEDICAL CENTER et al*

*U.S. VETERANS ADMINISRATION REGIONAL OFFICES et al*

*U.S. DRUG ENFORCEMENT AGENCY et al*

*U.S. VETERANS HOSPITAL OF THE PACIFIC, HONOLULU HAWAII et al*

*U.S. VETERANS HOSPITAL OF HOUSTON  TEXAS et al*

*U.S. STATE DEPARTMENT  et al*

*U,S.DEPARTMENT OF TREASURY et al*

*U.S. D.E.A. et al  BUREAU TABACCO FIREARMS et al*

*U.S. CONSULATE HOUSTON  TEXAS HONOLULU HAWAII*

*U.S.CONSULATE of ROME,  FLORENCE, NAPLES,  ITALY*

*U.S. CONSULATE  LISBOA PORTUGAL*

*SOCIETE GENERALE SA   et al*

## OPENING  BRIEF ON THE MERITS

## BRIEF ON APPEAL

*LIVIA M. SCOTTO  et al*

*V.*

*NELNET INC. ET AL*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al*

*WILLIAM MUNN  et al*

*UNIVERSITY OF HAWAII et al*



# HARDSHIP

## MOTION FOR FOREIGN SERVICE

## MOTION FOR SURETY BOND FOR

## ASSIGNED COUNSEL ATTORNEYFEES

## COSTS EXPENSES BILLABLE HOURS

## EXPERT OPINION IN CASE FOR

## THE INTEREST OF JUSTICE

## MOTIONFOR TRAVEL EXPENSES TO VENUE

## MOTIONFOR RES PLEVIN UPON APPEALLEES

## MOTIONFOR RECOVERY OF PROPERTY

## HELD IN PREMISES OF DEFENDANTS

*Motion for* **AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC, SPECIAL, COMPENSATORYDAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL,DENIALOF MEDICAL**

## TREATMENT TO INTERNATIONAL DESTINATIONDENIEDBY THE



*AFOREMENTIONED DEFENDANTS ,*
*APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND*
*DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS*
*BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL*
*EMPLOYEES ET AL OF UNITEDAIRLINES DATA*
*BREECH HACKING OF TRAVEL ITINERARY*
*FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*

# DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT

**BANK DEPOSITDISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONSDENIAL OF BOARDING robberiespilfering by property in airline warehouse registeredagents of any and all other**

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

LIVIA M. SCOTTO

*Plaintiff*

JORDAN FOSTER v. A.R.R. et al,
MAIMOMEDIES MEDICAL CENTER et al
U.S. AIR FORCE et al, UNIVERSITY OF HAWAII et al,
ADVENTURE RESORTS KS U.S. DEPT. DEFENSE et al, COUNTY OF HONOLULU, et al,
*Defendants*
U.S. DEPT. OF LABOR  U.S. EEOC. et al COUNTY OF MAUI et al
et al   **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Civil Action No. 21-1942 , 19-2821

To: U.S. OGC, et al  SOCIETE AIR FRANCE, SOCIETE GENERALE et al
MERRICK GARLAND

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

ELECTRONIC AND PAPER SURVEILLANCE AUDIO VISUAL

Place: 950 PENNSYLVANIA AVE, N.W. N.W.
WASHINGTON, D.C. 20530
CORPORATION COUNSEL et al

Date and Time: BREON S. PEACE
U.S.A.O. S.D.N.Y.,
ONE ST. ANDREWS
PL,
N.Y., N.Y., 10007

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:

Date and Time:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 21-1942 , 19-2821

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

BENJAMIN
R. TORRANCE

M. BARBOSA, A STRAUSS

I received this subpoena for *(name of individual and title, if any)*

on *(date)* U.S.O.A.C., 950 PENNSYLVANIA Ave., U.S.DAG., U.B.D.OJ.
U.S.D.O.J. WASHINGTON, D.C. 20530  MERRICK GARLAND  VAURINI NELSON

☑ I served the subpoena by delivering a copy to the named person as follows: CEO SOCIETE GENERALE
JESSICA M. MC CLEAN , VOLKS ANWALT , BEDELL LAW FIRM , SARAH D. MC SHEA etal  C. FREEDMAN
SOCIETE AIR FRANCE et al CLYDE AND CO COUNSEL C on *(date)* CIV. DIV. 3/4/22 -; or 22  D. WILLIAMS
U.S. OAG,

☐ I returned the subpoena unexecuted because: 86 CHAMBERS   212 637-2800
3RD FL. ST,    212 637-0840
N.Y., N.Y. 10007

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$
JORDAN FOSTER Const.
COUNSEL OF RECORD

My fees are $                    for travel and $                    for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:    12/22/2020    3/4/2022

*[signature]*
LIVIA M. SCOTTO /s/
*Server's signature*

LIVIA M. SCOTTO
*Printed name and title*
2710 GOLF HEIGHTS CIRCLE
VALRICO, FLORIDA 33596

liviamscotto@outlook.com
*Server's address*

Additional information regarding attempted service, etc.:

BY FACIMILE ELECTRONIC SERVICE 19-2476 { "BY EMAIL"
21-CA-3810 }
21-1942 }

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

)
)
)
)
Livia M. Scotto )
*Plaintiff(s)* )
)
v. ) Civil Action No.
)
Jordan Foster et al )
A.R.R. et al, )
U-S .Dapt. of Veterans )
*Defendant(s)* )
Affairs et al )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
OGC
U.S. D.O.D etal

on *(date)* 3/29/2022 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* COUNSEL OF RECORD
, a person of suitable age and discretion who resides there,

on *(date)*
, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*

designated by law to accept service of process on behalf of *(name of organization)*
, who is

on *(date)*
; or

☐ I returned the summons unexecuted because
; or

☐ Other *(specify)*:

My fees are $          for travel and $          for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: 8/07/2022

Server's signature

2310 GOLF HEIGHTS CIRCLE
LIVIA M. SCOTTO
Printed name and title  VALRICO, FL.
(813) 689 8724    33596

liviamscotto@outlook.com
Server's address

Additional information regarding attempted service, etc:
" BY EMAIL "

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

LIVIA M. SUOTTO

Plaintiff

JORDAN FOSTER V. A.R.R. et al,
MAIMOMEDIES MEDICAL CENTER et al
U.S. AIR FORCE et al, UNIVERSITY OF HAWAII et al,
ADVENTURE RESORTS Defendants U.S. DEPT. DEFENSE et al, COUNTY OF HONOLULU, et al,
U.S. DEPT. OF LABOR U.S. EEOC. et al COUNTY OF MAUI et al
et al

Civil Action No. 21-1942 , 19-2821

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: U.S. OGC, et al  SOCIETE AIR FRANCE , SOCIETE GENERALE et al
MERRICK GARLAND

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

ELECTRONIC AND PAPER SURVEILLANCE AUDIO VISUAL

Place: 950 PENNSYLVANIA AVE, N.W. N.W.
WASHINGTON, D.C. 20530
CORPORATION COUNSEL et al

Date and Time: BREON S. PEACE
U.S.A.O. S.D.N.Y.,
ONE ST. ANDREWS
PL,
N.Y., NY. 10007

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:

Date and Time:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 21-1942 , 19-2821

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*
on *(date)*  U.S. OAC. 950 PENNSYLVANIA AVe,  *BENJAMIN A. TORRANCE*

U.S. D.O.J. WASHINGTON, D.C. 20530  *M. BARBOSA, A STRAUSS U.S.DAG., U.S.P.O.J. VAUKUNI NELSON MERRICK GARLAND*

☑ I served the subpoena by delivering a copy to the named person as follows:   CEO SOCIETE GENERALE

JESSICA M. MC CLEAN , VOLKS ANWALT , BEDELL LAW FIRM , SARAH D. MC SHEA etal  *C, FREEDMAN*

SOCIETE AIR FRANCE et al CLYDE AND CO COUNSEL C on *(date)* CIV. DIV. 3/4/22 -; or 22  *D. WILLIAMS*

U.S. O AG.

☐ I returned the subpoena unexecuted because:  *86 CHAMBERS  212 637-2800*
*3RD FL. ST,  212 637-0840*
*N.Y., N.Y. 10007*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

*JORDAN FOSTER CONST.*
*COUNSEL. OF RECORD*

My fees are $              for travel and $              for services, for a total of $          0.00

I declare under penalty of perjury that this information is true.

Date:      12/22/2020    *3/4/2022*

LIVIA M. SCOTTO /s/
*Server's signature*

LIVIA M. SCOTTO
*Printed name and title*
2710 GOLF HEIGHTS CIRCLE
VALRICO, FLORIDA 33596

*liviamscotto @ outlook.com*
*Server's address*

Additional information regarding attempted service, etc.:

BY FACIMILE ELECTRONIC SERVICE 19-2476  *"BY EMAIL"*
*21-CA-3810*
*21-1942*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| LIVIA M. SCOTTO<br>*LIVIA M. SCOTTO et al*<br>*Plaintiff*<br>v.<br>A.R<br>*"UNITED STATES" BL U.S. et al*<br>*Defendant* AND ALL OTHER<br>AND FOR ANY OTHER DEFENDANTS et al<br>HERETOFORE FILED et al | )<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:               SOCIETE AIR FRANCE , SOCIETE GENERALE et al

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ALL

ELECTRONIC AND PAPER SURVEILLENCE AUDIO VISUAL

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

          *CLERK OF COURT*

                                                OR

       _____                    _____
       *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
_____ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*    OSC,     ONE ST. ANDREWS PL.
DAG.          N.Y     N.Y. 10007

AUDREY STRAUSS
B. TORRANCE.
DISTRICT ATT. N.Y.
CEO SOCIETE GENERALE

☑ I served the subpoena by delivering a copy to the named person as follows:

JESSICA M. MC CLEAN , VOLKS ANWALT , BEDELL LAW FIRM , SARAH D. MC SHEA etal

SOCIETE AIR FRANCE et al CLYDE AND CO COUNSEL C  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00       .

I declare under penalty of perjury that this information is true.

Date:      12/22/2020

LIVIA M. SCOTTO /s/
*Server's signature*

LIVIA M. SCOTTO
*Printed name and title*
2710 GOLF HEIGHTS CIRCLE
VALRICO, FLORIDA 33596
liviamscotto@ outlook.com
*Server's address*

Additional information regarding attempted service, etc.:

BY FACIMILE ELECTRONIC SERVICE 19-2476

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).



"Exhibit A" of Assault Witnessed by 3
of Assault by Two Pitbull in Kahului, Maui, H
Rottweiler Attack Dogs
University of Hawaii within perimeter in campus guard
Exhibit A
Exhibits To Show Cause
Subpoena Police Records
@ 02:30am
McGruff Truck
Witness no 1
Truck Driver
Oceanic Time Warner
Liability
Property
Witness to Assault.
Three Memories
Owners Beatty,
Exhibit A"
WAKEA AVE

"EXHIBIT C"

NEURO TOXIC EMMISSIONS FROM RUBBER HOSE

TO HOME, WITH HOME INVASION" KAHULUI

HAWA

{ THRU UPPER
WINDOW IN BEDROOM @ 3:10 am }

WITNESSED B
PEDRO KENNETH !
( MY FIANCE ASS
BEDROOM  BCNA

BALCONY
WINDOW

"ACTOR"

PAYED
TO
DISSEMINATE
TOXIN GAS
IN BEDROOM

VAPOR EMITTED
OF HIGHLY
TOXIC GAS,
CLOROFORM

WHILST SLEPT
WE WERE
WAKENED BY ODOR
NOISES
AND STENCH.

POLICE REPORTS FILED

EXHIBT TO SHOW CAUSE
RETALIATION INT
INTENTIONAL INFLICTIONS OF HARDS

EXHIBIT C

0822

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/14/2022

Signature of Plaintiff

Printed Name of Plaintiff    ANNA M. SCOTTO

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 6 of 6

PRINCIPLE OF VOLKS ANWALT ET AL

200 LAGUNA VILLA BLVD C23

JACKSONVILLE BEACH FL. 32202

JESSICA M' MC CLEAN ET AL

VOLKS ANWALT ET AL

100 PARK AVENUE 16 TH FL

NEW YORK ,N.Y. 10007

OF VOLKS ANWALT ET AL AND ALL COUNSEL OF RECORD OF THE BAR ATTORNEY
GREVIENCE COMMITTEE ET AL

STANDING GREVIENCE BAR

THE  BEDEL LAW FIRM  HENRY COXE III

MOTION FOR DEMAND OF A LEVY  LIENS AND

DEMAND OF AWARDS FOR PERCNIARY HEDONIC

COMPULSATORY ,COMPENSATURY  PUNITIVE AND

SPECIAL DAMAGES

FILED HERETOFORE IN ALL AND ANY CASES ON

PRECEDANT THAT VENUE SHOULD REDRESS AS

CASES NEVER WENT TO TRIAL BY JURY AND

FOR THE RECORD MERRYDAY SHOULD KNOW IN

FACT  PAY TAXES AND FEES TOO IN FEDERAL AND

STATE LOCAL COUNTIES AND MOTION S

FILED SHOWED IN COMPLAINTS I FILED FOR

CLAWBACKS OF WAGES SALARIES BONUSES

TRAVEL EXPENSES AND SEVERAL OF MY PREVIOUS

EMPLOYERES DID NOT UNDER PENALTYOF LAW I

SWORN DID NOT PAY AND SEXUAL HARASSMENT

U,S,CUSTOMS ,U.S.AIR FORCE  . JORDAN FOSTER

CORPORATION TRUST ET AL DBA A.R.R. ET AL

U.S. EEOC CASES FILED WITH ALL WAGE CLAIMS

RIGHT TO SUE AS EXHIBITS FILED TO SHOW CAUSE

trusts and restatement of the law indexes relative treatises codes table of authorities statutes citations secondary authorities cited in original cases filed that were denied judicial officers review ,

INTENTIONALWrongs in the concealment by the defense counsel

INTENTIONALINFLICTION OF HARMS  BY ALL DEFENDENTS PROVEN IN CASE THAT IN THE RULE OF LAW THESE  VENUES ON REVERSABILITYOF OPINIONS PREDICATED ON JUDICIAL ERRORS, MISCONDUCT ,LEGALMALPRACTICE BY JESSICA MARIEMC CLEAN ET AL

MOTION TO CHANGE OF VENUEciting  FROM FORUM SELECTION CLAUSE


**APPELLANT'S OPENING BRIEF**

**MOTION TO FILE FOR ENLARGEMENT OF TIME to file**

**Appellants Merits on the Briefs**

**ON GROUNDS OF evidence of defendants culpability and COURTS ERRORS DENIAL OF RECORDS COURT DOCUMENTS FROM REMOVAL OMMISSIONS MISAPPROPRIATION OF RECORDS NAMING THE AFOREMENTIONED AND STATE MUNICIPALITIES AGENCIES COUNSEL OF RECORD**

**DEFENDENTS CORPORATE COUNSEL OMMISSIONS**

---

MOTION FOR CLERK TO CALL FORTHE ORIGINALRECORDS

FOR USE ON APPEALPENDING TO SHOW CAUSE of pecuniary, hedonicpunitive damages

Demand forspecified damages filed   in cases


On standing of RESTATEMENT(Second) OF TORTS

Errors in case 8;16-cv-3379 on amended Appealafter Notice to Court in case Appealin forwarding docketed cases on Filed Notice On separate case filed on 4/13/2017, 5/10/2017, 6/19/2017, 7/7/2017, filed in Federal Claims venue. Motion to serve process on my previous " attorney in fact," Disbarred Fed cir. By Judge Laura Beyer N.C.  on fraud of otherclients of McClean's fraud



                                        abandonment felony on deceit of misrepresentation use of client funds failure to communicate  and The Florida Bar on knowledge of my attorney in fact  Jessica M. McClean on filed complaints The Florida Bar counsel,Henry Coxe III James Fisherand staff of Bar conflict of interest.

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et  al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO  CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION   FOR  CHANGE OF  VENUE

IN THE US COURT OF APPEALS FORTHE 11TH CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE  EUROPEAN COURT

## MOTION TO CONSOLIDATECASES FILED

## IN VENUES DIVISIONS OF THE DISTRICT COURT

## OF FLORIDA  JACKSONVILLE  DIVISION

## TAMPA DIVISION

## MOTION TO SHOW CAUSE OF ACTION IN TORTS

## ABANDONMENT BY " ATTORNEY IN FACT"

## JESSICA MARIE  MC CLEAN  et al

## PRINCIPLE  OF" VOLKS  ANWALT  "  et al

## Dba  "For The People "  et  al

## And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

trusts and restatement of the law indexes relative treatises codes table of authorities statutes citations secondary authorities cited in original cases filed that were denied judicial officers review ,

INTENTIONALWrongs in the concealment by the defense counsel

INTENTIONALINFLICTION OF HARMS BY ALL DEFENDENTS PROVEN IN CASE THAT IN THE RULE OF LAW THESE VENUES ON REVERSABILITYOF OPINIONS PREDICATED ON JUDICIAL ERRORS, MISCONDUCT ,LEGALMALPRACTICE BY JESSICA MARIEMC CLEAN ET AL

MOTION TO CHANGE OF VENUEciting FROM FORUM SELECTION CLAUSE

**APPELLANT'S OPENING BRIEF**

**MOTION TO FILE FOR ENLARGEMENT OF TIME to file**

**Appellants Merits on the Briefs**

**ON GROUNDS OF evidence of defendants culpability and COURTS ERRORS DENIAL OF RECORDS COURT DOCUMENTS FROM REMOVAL OMMISSIONS MISAPPROPRIATION OF RECORDS NAMING THE AFOREMENTIONED AND STATE MUNICIPALITIES AGENCIES COUNSEL OF RECORD**

**DEFENDENTS CORPORATE COUNSEL OMMISSIONS**

---

MOTION FOR CLERK TO CALL FORTHE ORIGINALRECORDS

FOR USE ON APPEALPENDING TO SHOW CAUSE of pecuniary, hedonicpunitive damages

Demand forspecified damages filed in cases

On standing of RESTATEMENT(Second) OF TORTS

Errors in case 8;16-cv-3379 on amended Appealafter Notice to Court in case Appealin forwarding docketed cases on Filed Notice On separate case filed on 4/13/2017, 5/10/2017, 6/19/2017, 7/7/2017, filed in Federal Claims venue. Motion to serve process on my previous " attorney in fact," Disbarred Fed cir. By Judge Laura Beyer N.C. on fraud of otherclients of McClean's fraud



X _____

abandonment felony on deceit of misrepresentation use of client funds failure to communicate and The Florida Bar on knowledge of my attorney in fact Jessica M. McClean on filed complaints The Florida Bar counsel,Henry Coxe III James Fisherand staff of Bar conflict of interest.

**16-1606**

**15-1198**

**14-7135**

**15-1198**

---

NOTICE OF DIRECTLY  RELATED CASES

ON APPEALFROM THE U.S.D. C. MULTI  JURISTDICTIONS

For the  Middle  District  Tampa  Florida,

FIRST CIR. COURT  HAWAII FILED IN THE JUDICIARY

# U.S.D.C.   SDNY  U.S.D.C. HAWAII

# U.S.D.C.   New Jersey, U.S.D.C. SDHTX

# U.S. COURT OF FEDERAL  CLAIMS

---

MOTION TO ORDER ALL RELATED CASES AND COURT RECORDS  (all and any records heretofore filed) MOTION TO CONSOLIDATE CASES ON APPEALAND REMOVE COURT RECORDS FROM THE AFOREMENTIONEDVENUES TO ORDER SUBPOENA TO TRANSFER  BY  ELECTRONIC ANDWHITE PAPER AS PARTS OF RECORDS WERE OMMITTED FROM ORIGINAL COURT FILEDRECORDS IN TRANSMISSION THEREOF.     MOTION FOREXTENSION  OF TIME TO FILE OBJECTIONS OF  ORDERS OF DISMISSALON PREPONDURANCEOF EVIDENCE OF DOCUMENTS PRODUCTION OF DOCUMENTS EXHIBITS REMOVEDOR DENIED IN UNETHICAL DISCOVERY BY THE  FLORIDA BAR  COUNSEL Having original cases filed by  my attorney s in  fact   Gerard Jervis, Thomas  J. Pico Aiona  et al of Kailua, Honolulu .Hawaii filed in THE JUDICIARY Cir. Court of Hawaii, 777 Punchbowl Street Honolulu Hawaii 96813 as that case is directly related to cases on appealpending ,cases 1cc -03-1-713 ; all related cases are in the cause of  actionable libel and othercases on appealhaving  standing in the venue  herein on my constitutional amendments, based on 42 U.S.CODES 2000 )a[j[f b]c\i(e) realestate law private and intellectual property rights domicile

that have standing in venue by cause of strict liability CAUSING irreversible harms (see pages containing relative U.S.CODES   conflicts of laws agency contracts torts property restitution security

heretofore filed in venues of jurisdiction and forum selection,

aforementioned et al

and all  and any otherentities counselof record  heretofore filed et al

*Defendant-Appellees etal*

*See list  of additionaldefendants etal  served process*

## Notice of Appeal

## BRIEFS ON THE MERITS EXERPTS WAS FILED IN COMMERCIAL CARRIERS FILINGS ON STANDING IN CASES SUBSEQUENTLY TO CLERKS OFFICE

## NOTICE OF DIRECTLY  RELATED CASES FILING  OF  RELATED   CASES

## On standing of 28 U.S.C.S. S 1295(a) (g)

## 16-9125, 16-9127

## 2:16=CV-08922

## 8:16-cv-3379

## 4:2014-cv-03417

## 14:2014-mc-2720

## 4:2014-cv-3360

## See additional list naming respondents in subsequent filings

## 1cc-14:-27527

## U.S.D.C. in   the District  of Hawaii

## Order from the aforementioned venues for all and  any original  cases on white paper  on my complaints   filed and     by counsel

PRINTING HOUSEPRESS ET AL

THE  CORPORATION TRUSTET AL

U.S. State Department et al

County of Honolulu et al

CORPORATION COUNSEL et al

United States et al

Volks Anwalt  et al

Jessica Marie McClean et al

Greystaret al

Star Alliance et al

Air France et al

UNITEDSTATES ET  AL

UNITEDSTATES SOCIAL SECURITY ADMINISTRATION ETAL

NANCY  BERRYHILL  ET AL

Vinci Group et al

United Continental Holdings et al

United Continental Airlines et al

United  Airlines et al

Excess International Movers et al

Barclays Bank et al

Pentagon Federal Credit Union et al

Wells Fargo Bank et al

Comerica Bank et al

Direct Express Bank et al

Excess Baggage Internationalet al

Affinity Cellular Autoclub et al

M.Dyerand Sons Inc. et al and any

and all  affiliates

v. JESSICA MARIEMCCLEAN ET AL

VOLKS ANWALTET AL

JAMES FISHER ET AL HENRY COXE III ET AL

BEDELL  LAW FIRM ET AL

COLLEEN  MACMAHON ETAL

UNITEDSTATES  ET AL

UNITEDSTATESDEPARTMENTOF  EDUCATION  STUDENY

U.S.  ( " DEPARTMENT  " ) OF EDUCATION ET AL

BASS & ASSOCIATES, PC ET AL

NATIONALPAYMENT CENTER ET AL

UNIVERSITYOF HAWAII ET AL

MAUI COMMUNITY COLLEGE ET AL

JONATHAN BEATTY TRUSTET AL

MEDERIOS TRUST ET AL

STATE OF HAWAII ET AL

THE CORPORATION COUNSEL ETAL

CITY AND COUNTY OF MAUI ET AL

CITY AND COUNTY OF HONOLULU ET AL

MAUI CORPORATIONCOUNSEL ETAL

FIRST JUDICIAL DEPARTMENTSUPREME COURT NY

ATTORNEY DISCIPLINE COMMITTEE  ET  AL

61 BROADWAYNY NY 10006

HILTON WORLDWIDE HOTELS ET AL

HILTON  DOUBLETREE HOTELS ET  AL

PRINTHOUSE PRESS ET AL , NEW YORK

CEO  MICHAEL  FARRELL ET AL

JIM COONAN

KUPERMAN  ET AL COUNSEL OF RECORD

FOR THE FIRST CIRCUIT
U.S.COURT OF APPEALS NEW YORK
40 FOLEY SQUARE N.Y., N.Y.

U.S.COURT OF APPEALS
27 MADISON PLACE
N.Y., N.Y.

IN THE SUPREME COURT NEW YORK
60 CENTRE STREET

NEW YORK, N.Y.

FIRST JUDICIAL DEPARTMENT NEW YORK

61 BROADWAY NY,NY 10006

REQUEST FOR JUDICIAL INTERVENTION
MOTION FORAPPOINTMENT OF COUNSEL

MOTION FOREXPARTE ORDERS TO SHOW CAUSE

ORDER TO FOREIGN SERVICE        DAVIDD, SIEGALSUPRA AT590

MOTION FOR SERVICE OF SUMMONS

MOTION FOR SPECIAL PROCEEDINGS

MOTION FOR PRODUCTION OF ORIGINAL COURT

RECORDS

---

**Livia M, Scotto**

*Plaintiff-Appellant*

# MOTION FOR REINSTATEMENT OF APPEAL
# PENDING ON CASE NO 8:18-cv-1495
# See other additional cases <u>related</u>
# CASE NO 8:18-cv-1430

# Court Of Appeals

## CERTIFICATE OF INTERESTED PERSONS

## CORPORATE  DISCLOSURE STATEMENT

All and any entities filed  IN  THE U,S, DISTRICT COURT

IN THE EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT  NEW JERSEY

IN THE U,S, DISTRICT COURT HOUSTON TEXAS

IN THE U.S. DISTRICT COURT

WAILUKU, MAUI

HONOLULU  DIVISIONS HAWAI'I

IN THE U,S, COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR THE FIFTH CIRCUIT
FOR THE  THIRD CIRCUIT

PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

IN THE  JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE  OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016  -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662  14-668  SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816

# MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV   SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

# MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV   SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO  CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION   FOR  CHANGE OF  VENUE

IN THE US COURT OF APPEALS FORTHE 11TH CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE  EUROPEAN COURT

# MOTION TO CONSOLIDATECASES FILED

# IN VENUES DIVISIONS OF THE DISTRICT COURT

# OF FLORIDA  JACKSONVILLE  DIVISION

# TAMPA DIVISION

# MOTION TO SHOW CAUSE OF ACTION IN TORTS

# ABANDONMENT BY " ATTORNEY IN FACT"

# JESSICA MARIE  MC CLEAN  et al

# PRINCIPLE  OF" VOLKS  ANWALT  "  et al

# Dba  "For The People " et  al

# And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONSDENIAL OF BOARDING robberiespilfering by property in airline warehouse registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

**JUDICIARY STATE OF HAWAII et al**

**U.S. JUDICIAL OFFICERS OF U.S. DISTRICT COURT OF HAWAII et al**

**U.S. JUDUCIAL OFFICERS OF FLORIDA et ak**

**U.S. COURT OF APPEALS NINTH CIRCUIT et al**

**U.S. VETERANS HOUSING WAINIAE, BARBERS POINT, HAWAII et al**

**EXCESS BAGGAGE INTERNATIONAL MOVERS et al**

**UNITED CONTINENTAL HOLD**

**AND ALL OTHER DEFENDANTS HERETOFORE FILED et al INGS et al**

**UNITED AIRLINES et al**

**UAL TRUST et al**

**NEW YORK MELLON BANK et al**

**GREYSTAR et al**

**SOCIETE AIR FRANCE et al**

**KLM AIRLINES et al**

**AIR FRANCE AIRLINES et al**

**TRUE NORTH RELOCATIONS et al**

**CARLSON WAGONLIT TRAVEL COMPANIES et al**

**U.S. CONSULATE LISBOA PORTUGAL , , FLORENCE . ROME . ITALY et al**

**SUPREME COURT OF NEW YORK ATTORNEY GREVIENCE DEPARTMENT et al**



**MEDERIOS TRUST** et al

**PATTI BASS AND ASSOCIATES** et al

**BASS AND ASSOCIATES P.C.** et al

**UNIVERSITY OF HAWAII** et al

**CAMPUS  GUARD** et al

**JORDAN FOSTER** et al

**U.S. DEPARTMENT OF LABOR** et al

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** et al

**ADVENTURE RESORTS REALTY** et al

**STATE OF HAWAII DEPT OF LABOR** et al

**UNIVERSITY OF HAWAII TRUST** et al

**CHAIRMAN AND CHANCELLORS ,OF THE UNIVERSITY OF HAWAII** et al

**BOARD OF EXECUTIVE COMMITTEE ON GRANTS SCHOLARSHIPS** et al

   **CHIEF EXECUTIVE  OFFICERS  OF  UNIVERSITY OF HAWAII** et al

**JAMES KRUEGAR** et al

**AL HOLDEN** et al

**MAUI PROSCEUTING ATTORNEYS OFFICE** et al

**KRUEGAR LAW FIRM MAUI HAWAII** et al

**REILLY OBERNNIIJENG** et al

**STATE OF HAWAII**  et al

**DANIEL INOUYE TRUST** et al

CRIMINAL TORT
MISFRASANCE GROSS NEGLIGENCE

SUMMONS SUBPOENA
RECOTDS

BILL OF DISCOVERY IN
CAMERA SURVEILLENCE RECORDS

MOTION TO SUBPOENA
ELECTRONIC PAPER RECORDS

BREACH , DERILICTION OF
DUTY LOAN DIVERSIONS

AGENCY KNOWLEDGE OF
MISAPPROPRIATED BENEIFITS BANK FUNDS

U.S. VETERANS AFFAIRS \REGIONAL OFFICE
HONOLULU, HAWAII wt al

U.S. VETERANS OFFICE OG GENGENAL COUNSEL et al
OBSTRUCTION FEDERAL CLAIMS

MILES MIYAMOTO et al                                       IN
LEGAL PROCEEDINGS

CAROL WONG PIETSCH et al              LEGAL CONFLICTS
OF INTEREST

JOHN CROWLEY et al

BRUCE KOSWALD et al

LAMAR BATTLES et al

RICHARD SCOTT et al

BRANDON EYE SURGERY et al

HCA WEST et al

*ORDER OF ALL ANY RECORDS  IN CASES HERETOFORE FILED*

*COMPLAINT FOR VIOLATIONS OF   JUDICIAL CODE*

*MOTION TO IMPLEMENT   TRANSFER OF PROCEEDINGS  R.26*

*BREYER COMMITTEE REPORT ,239 F.R.D. at 214-15 ,216*


*THIS COMPLAINT  IS FACTUAL ON BIASED DECISIONS OF AFOREMENTIONED U.S. DISTRICT COURT   JUDGES , IN RESEARCH OF THE CASES ON " JUSTIA "  AND OTHER LEGAL REPORTING PLATFORMS , CASES INVOLVING MEDICAL NEGLIGENCES MEDICAL MALPRACTICE  RESULTING IN DEATH OF LEGAL RELATION AND  EVIDENCE SUBMITTED TO VENUE PROVING  LEGAL CAUSE  WERE WRONGFULLY DISMISSED HAVING   FEDERAL JURISTDICTION , CITING  U.S. DISTRICT COURTS JURISTDICTION 38 U.S.C.  S. 7316. S. 1346 (b)  , BEFORE THE VENUE ,  THE AFOREMENTIONED JUDGES  .*



*ORDER OF ALL ANY RECORDS  IN CASES HERETOFORE FILED*

*COMPLAINT FOR VIOLATIONS OF   JUDICIAL CODE*

*MOTION TO IMPLEMENT   TRANSFER OF PROCEEDINGS  R.26*

*BREYER COMMITTEE REPORT ,239 F.R.D. at 214-15 ,216*

*THIS COMPLAINT  IS FACTUAL ON BIASED DECISIONS OF AFOREMENTIONED U.S. DISTRICT COURT  JUDGES , IN RESEARCH OF THE CASES ON " JUSTIA "  AND OTHER LEGAL REPORTING PLATFORMS , CASES INVOLVING MEDICAL NEGLIGENCES MEDICAL MALPRACTICE  RESULTING IN DEATH OF LEGAL RELATION AND  EVIDENCE SUBMITTED TO VENUE PROVING  LEGAL CAUSE  WERE WRONGFULLY DISMISSED HAVING  FEDERAL JURISTDICTION , CITING  U.S. DISTRICT COURTS JURISTDICTION 38 U.S.C.  S. 7316. S. 1346 (b) , BEFORE THE VENUE ,  THE AFOREMENTIONED JUDGES  .*

*OTHER CASES FILED  HAD THE CASES  BEFORE TRIAL VENUE LISTED ON  DOCKETED SHEETS  SHOWN WITH THE SAME FEDERAL QUESTION,  GIVEN THAT  PRESCEDENCE OF FINANCIAL OWNERSHIP OF INVESTMENT INTERESTS CORRUPTION CORPORATE  COLLUSSION  WITH THESE JUDGES  PROMULGATE CRIMES OF INJUSTICE  UPON THE PLAINTIFF AND FAMILY IN WHOM HAVING SUFFERED UNENDURABLY , BRING CASE IN FIRST IMPRESSION TO VENUE  ON THE STANDARD OF  THE PREPONDURANCE  OF PROOF , BIASED DECISIONS WERE BASED ON DISCRIMINATION,  CORRUPTION , ACTIONABLE LIBEL SLANDER  DAMAGES OF DEFAMATION OF CHARACTER , SLANDER .THRU THIS BREACH OF DUTY DELAY  IT TOLLED STATUTE OF LIMITATIONS IN THE DISTRICT COURT , I NOW MOVE TO  READDRESS BASED ON THE  VIOLATIONS OF THESE UNJUST OPINIONS  THAT I HAVE LEGAL CAUSE BY RELATION TO FILE. WITH EVIDENCE OF RACIAL DISCRIMINATION  OF*



CONSULATE HEALTH CARE et al
WILLIS TOWERS WATSON et al
STATE FARM UNDERWRITERS et al
JUDITH HARD et al
STATE OF NEW YORK et al
CITY OF NEW YORK et al
COUNSEL OF RECORD et al
JONATHAN BEATTY et al
MICHAEL DUNLAP et al
U.S. DEPARTMENT OF EDUCATION et al          AGENCY CONCEALMENT
CAUSE OF CRIMINAL ASSAULTS
STATE OF HAWAII et al                               HOME INVASION ,
 THE CORPORATION COUNSEL  et al              POLICE NEGLIGENCE
MALICE FALSE ARREST
COUNTY OF MAUI er
COUNTY OF  HONOLULU HAWAII et al           MALICIOUS PROSECTION
M.DYER AND SONS INC. et al
UNITED CONTIENTAL HOLDINGS et al
DIPLOMAT TRAVEL et al
CAMPUS GUARD et al
AND ANY AND ALL Defendants et al   HERETOFORE FILED et al
 AND ALL COUNSEL OF RECORD  et al


COMPLAINT  TORTS ;
ON  GROUNDS OF RIGHT OF ACTION RESTATEMENT OF THE LAW IN THE COURTS
TORTS  28 U.S.C.S  SS 275 b.  BANK FRAUD $ 25 MILLION  LOAN U.S. AGRICULTURE
BUSINESS INDUSTRY LOAN.  U.S. S.B..A. LOAN FRAUD
Filed with SUMMONS , SUBPOENA FOR PRODUCTION OF POLICE REPORTS  OF
ASSAULTS , ECONOMIC HARMS , FINACIAL CRIMES,  LOAN DIVERSIONS, IDENTITY
THEFT IMPOSTER FILED INTENTIONAL  INFLICTIONS OF HARMS ASSAULTS BY
ACTORS , ABSOLUTE LIABILITY, (CANINE ASSAULTS ROTTWEILLER PITBULL
ATTACK DOGS WITHIN PERIMETER OF UNIVERSITY OF HAWAII  BY  ABNORMALLY
DANGEROUS ANIMALS ASSAULTS, EXHIBITS FILED IN RECORD  SKETCHES
ARTWORK DIGITAL PHOTOGRAPHS WERE FILED IN ORIGINAL VENUE AN
CONSOLIDATION OF ACTION ON  LEGAL CAUSE NECESSITY, DUE TO ATTORNEY
DISCIPLINE JUDICIAL OFFICER MISCONDUCT PROCEDURAL TECHNICAL ERRORS
AND PERJURIOUS STATEMENTS BY OFFICERS OF PREVIOUS VENUES FILED
HERETOFORE , MOTION FOR THE REMOVAL ALL AND NY DOCUMENTS RECORDS
OF EXHIBITS  TO BE USED AS PREPONDURANCE OF THE FACTS ,ON THEPROOF
STANDARD OF AUTHENTIFICATION  OF THE ORIGINAL S.
(see Fed. Rules of Evidence, ART X. R.1001,.1002, 1003.
Criminal LAW ,(See Exhibits in Support of Action, To SUBPOENA , POLICE REPORTS
COURT FILED PLEADINGS FILED HERETOFORE IN U.S.D.C. DISTRICT OF HAWAII
SOUTHERN DISTRICT HOUSTON ,TEXAS  , MIDDLE DISTRICT TAMPA ,
MIAMI ,TALLAHASSE E JACKSONVILLE  OMAHA NEBRASKA  EASTERN DISTRICT OF
NEW YORK , SOUTHERN DISTRICT OF NEW YORK NEW JERSEY, STATE VENUES
SUPREME COURTS OF THE  AFOREMENTIONED STATES  .

GOLDMAN SACHS et al                    USE OF DEVELOPER
INVESTMENT  SCHEME
CREDIT  SUISSE et al
BANK OF  HAWAII et al                  ORGANIZED  AGENCY
ACCOUNTING FRAUD
U.S. BANK TRUST et al                  BANK LOAN DIVERSION
UNITED AIRLINES et al                  ROBBERY  LUGGAGE  DESIGNER
INTELLECTUAL PROPERTY
M. .DYER AND SONS INCORPORATED et al    CARGO DIVERSION
ROBBERRY EXTORTION
UNIVERSITY OF HAWAII et al                ASSAULT S CYBER CRIMES
IDENTITY THEFT
TRUE NORTH RELOCATIONS et al           CONTRACT BILL LADING
CARGO PILLFERAGGE
EXCESS BAGGAGE INTERNATIONAL et al  LARSCENY ROBBERRIES
CARGO
BANK OF LUXEMBOURG et al
SOCIETE AIR FRANCE et al
CLEARSTREAM HODINGS TRUST et al
RE MUBICH et al
                    SUBPOENA RECORDS
PATTI BASS ASSOCIATES et et alal     ASSIGNMENT OF COUNSEL
NELNET  et al                         SUMMONS FOR CERTIFICATE OF
SERVICE
IMMEDIATE CREDIT RECOVERY    et al  SERVED TO DATE
U.S. TREASURY et al                       TORTURIOUS
INTERFERANCE
CREDIT  SUISSE et al                  BANK LOAN FRAUD DIVERSION
U,S, DEPARTMEBT OF AGRICULTURE et al
And all and any Other Defendants – Hereto fore Filed et al
STATE FARM INSURANCE COMPANIES et  al
MARS  CORPORATIONS  et al
BLUE PEARL VETERNAIRY GLOBAL SPECIALTY  CLINICS  et al
PURINA PET CARE CORPORATION et al
COUNSEL OF  RECORD et al
JORDAN FOSTER et al                  SEXUAL ASSULTS EMPLOYMENT
LAW VIOLATIONS
ADBENTURE RESORTS REALTY et al
MEDERIOS TRUST et al
RIELLY OBERINIJENG  et al
TOKIO MARINE INSURANCE COMPANIES et al
HCA  et al
FORMATION CAPITAL et al

IN THE SUPREME COURT

OF THE

UNITED STATES

# PETITON FOR WRIT OF CERTIORARI

# STAY OF ORIGINAL PROCEEDINGS

# SUPREME COURT COUNTY OF KINGS

# INJUNCTION STAY OF APPEAL FROM THE STATE OF NEW YORK COURT OF APPEALS ALBANY NEW YORK

# ON  STANDING OF U.S. CONSTITION ART.

# ON GROUNDS OF JUDICIAL DISCRIMINATION

# JUDICIAL MISCONDUCT

FROM  THE U.S. COURT APPEALS SECOND CIRCUIT NEW YORK

DOCKET NO. 21-1942

U.S. DISTRICT COURT EASTERN DISTRICT N.Y.

10-CV-2902                    19-CV-2821   21-701   21-CV-901

LIVIA M. SCOTTO          PETITION MOTION FOR A STAY

SUBPOENA FOR  RECORDS

HERETOFORE FILED IN THE AFOREMENTIONED  VENUES

FILED WITH   SUMMONS ,AFFIDAVIT OF SERVICE



*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*COUNTY OF MAUI et al*

*COUNTY OF HONOLULU et al*

*CORPORATION COUNSEL et al*

*NEL NET et al*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al CEO et al*

*WILLIAM J. MUNN et al*

*COUNSEL OF RECORD et al*

*ASAP UNION BANK TRUST et al*

*UNITED STATES DEPT OF JUSTICE et al*

*DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS et al*

*U.S. EDUCATION OCR OF SEATTLE*

*WASHINGTON ,DISTRICT OF COLUMBIA*

*STATE OF HAWAII et al*
*U.S. TREASURY et al*

*PENTAGON FEDERAL CREDIT UNION et al*



SOUTHERN DISTRICT HOUSTON ,TEXAS , MIDDLE DISTRICT TAMPA , MIAMI ,TALLAHASSE E JACKSONVILLE OMAHA NEBRASKA EASTERN DISTRICT OF NEW YORK , SOUTHERN DISTRICT OF NEW YORK NEW JERSEY, STATE VENUES SUPREME COURTS OF THE AFOREMENTIONED STATES .

I, LIVIA M. SCOTTO , PLAINTIFF, HERBY BY SWORN AFFIDAVITT FILE COMPLAINT AS A RIGHT OF ACTION BY CAUSE OF ACTION , ON DIVERSITY OF CITIZENSHIP , LEGAL RESIDENCE BROOKLYN NEW YORK , VALRICO FLORIDA . ON NOTICE OF APPEARANCE AFFIDAVITT , MOTION TO ORDER AND REMOVE FOR THE PRODUCTION OF THE RECORD, MOTION FOR APPOINTMENT OF COUNSEL LEGAL MEMORANDUM AFFIDAVITT OF LEGAL MALPRACTICE BY PLAINTIFF'S ATTORNEY IN FACT COUNSEL OF RECORD TO DATE CONCEALMENT BY LAWYER S, ATTORNEY IN FACT UNDER DISCIPLINE , ATTORNEYS OF RECORD ABANDONMENT , PREMISE LIABILITY JOINT SEVERAL LIABILITY, by "AGENCY " TORTMALFEASANCE , "DERILICTION OF DUTY" CORRUPTION OF U.S.D.C. JUDICIAL OFFICERS OF MAUI HONOLULU HAWAII, OFFICIALS OF UNIVERSITY OFFICE OF CHANCELLOR ORIGINAL RECORDS AGENCY STATE COURTS SPOILATION OF EVIDENCE OF ORIGINAL VENUE OF U.S.D.C. JUDICIAL NEGLIGENCE ,H.I.P.PA. FRAUD DEFAMATION SLANDER ,ACTIONABLE LIBEL , OERJURY
FILED HEREIN WITH EVIDENCE , CERTIFICATE OF SERVICE UPON DEFENDANTS FILED ,SERVED HERETOFORE FILED IN THIS VENUE TO DATE.

EXHIBITS DISCRIMINATORY PRACTICE ASSAULTS LENDING BANK FRAUD
 JURISTDICTIONAL STATEMENT FEDERAL QUESTION
 18 U.S.C.S ss . 1911 – thru -18 U.S.C. S. .ss 1968
 15 U.S.C.S. ss 1692 p.,
 31 U.S.C.S. ss , 3729                          28 U.S.C. S. 201 , -219 SS 509
 28 U.S.C.S. SS 219 – 509
 28 U.S.C.S ss 201                               42 U.S.C.S. 2000 (a) (1)(B)
 18 U.S.C.S. 1967
 18 U.S.C. 1334  ss
MOTIN FOR THE APPOINTMENT OF COUNSEL on GROUNDS 42 USCS 2000 (f)OF EMPLOYMENT DISCRIMINATION SEXUAL HARASSMENT ASSAULTS DETAINMENT FALSE IMPRISONMENT OTHER SPECIFIED DAMAGES.

# TO SHOW CAUSE  STANDING

LIVIA M. SCOTTO

v.

UNITED STATES et al



*FILED WITH NOTICE OF DOCKETING STATEMENT , CERTIFICATE OF SERVICE*

*MOTION FOR APPOINTMENT OF COUNSEL*

*MOTION FOR SERVICE OF PROCESS*

*By U.S. MARSHALLS PUR TO F.R.C.P. APPOINTMENT OF PRO BONO COUNSEL*

*UPON JAMES KRUGAR LAW FIRM of WAILUKU MAUI and AL HOLDEN et al*

*UNITED AIRLINES EMPLOYEES et al*

*JONATHAN BEATTY et al RIELLY OBERNIIJENANG et al ENTITIES BY ELECTRONIC SERVICE FILED HERE TOFORE SUMMONS SUBPOENAS WARRANTS ORDER OF SEIZURE ON BEHALF OF PLAINTIFF ONSTANDING*

*ON JURISTDICTION OF ASSAULTS ORIGINATING IN HAWAII*

*VIOLATIONS OF EU SINGLE MARKET LAWS*

*CONSTITUTIONAL TREATIES SINGLE MARKET LAWS*

*FUNDAMENTAL RIGHTS AND ALL STATUTES CITATIONS CASES HERETOFORE*

*Wells Fargo  Bank et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION  COUNSEL OF MAUI ,*

*COUNTY*

et al



*OBSTRUCTION OF JUSTICE*

*ABUSE OF A DOMIENT POSITION*

*DENIAL OF JURY TRIAL*

*DENIAL OF RULE OF LAW BY JUDICIAL    OFFICERS TO ASSIGN PRO BONO COUNSEL ON THE ORIGINAL CASE S HERETOFORE FILED IN VENUES (see WILLIAM PRYM Commission COATS v. Commission 2007)*

*PERCUNIARY DAMAGES FOR  $ 2.789 BILLION DOLLARS IN INJUCTIONS  LIENS*

*ON DEFENDANTS ASSETS PROPERTY AND RESEARCH   FOR WRONGS HARMS DEATH STRICT ABSOLUTE LIABILITY ACTUAL CAUSES*

*HEDONIC COMPULSATORY DEMAND SPECIAL SPECIFIED HARMS*



FILED RESPECTIVELY

AND  MEMBER STATES FREEDOM
OF ESTABLISHMENT

BANK REGULATORY VIOL.
ORIGINATING IN HAWAII

HUMAN RIGHTS  VIOLATIONS
FREEDOM OF MOVEMENT

TREATY OF  EU
CONFLICTS OF LAWS

VIOLATIONS OF THE PRINCIPLES OF NON -
DISCRIMINATION

EU CHARTA OF FUNDAMENTAL RIGHTS
AIR PASSENGER VIOLATIONS  TREATIES ON
FUNCTIONS OF EUROPEAN UNION
OBSTRUCTION OF THE FREE MOVEMENT OF
CAPITAL MEMBER STATES ,

COMMON GLOBALLY. VIOLATIONS OF SUCH LAWS
TREATIES  DEMAND FOR SPECIFIED DAMAGES
PERCUNIARY AWARDS

LOAN DIVERSIONS  BANK FRAUD  SEE STATUES IN

THE FREE MOVEMENT OF GOODS  LARSCENY
PILLFERAGES ROBBERIES ASSAULTS  BATTERY
CARGO LOSSES STRANDING MALNUTRITION  FALSE
IMPRISIONMENT

CERTAINTY OF  LAW  RES IPSA LOQUITER DEMAND  OF AWARD

STRICT ABSOLUTE  LIABILITY

STATE OF HAWAII et al      ASSAULTS BATTERY

MEDIERIOS TRUST  et al  PREMISE LIABILITY

COUNTY OF MAUI  et al  PENAL CODE SEC. 2.05

ROYAL BANK OF CANADA et al

SEC. 2.06  - 2.07 ,2.09
CRIMINAL GROSS MALFEASANCE ,
MISFEASANCE  3.12, 2.13   ENTRAPMENT,
PREVENTION OF EMPLOYMENT

CREDIT SUISSE et al       NEGLIGENCES

JONATHAN BEATTY TRUST et al ABNORORMALLY

COUNTY OF MAUI et al     DANGEROUS ANIMALS

UNIVERSITY OF HAWAII et al  LOAN DIVERSIONS

BANK FINANCIAL FRAUD

EXHIBITS PROOF EVIDENCE
FILED              HERETOFORE

CONCEALMENT OF HARMS     EXPERT
,LEGAL MEDICAL PROFESSIONAL LIABILITY
,MISREPRESENTATION PERJURY



BASED ON  ETHINCITY

CORCORAN TRUST et al UNJUST ENRICHMENT

EUGENE DALY et al      DENIAL OF TREATMENT

MARK  MCDOUGLE  et al  MALPRACTICE INSURANCE

STRICT ABSOLUTE LIABILITY

MEDICAL NEGLIGENCE

DENIAL OF TREATMENT

MISDIAGNOSIS   MALPRACTICE

MARS CORPORATION et al  WRONGFUL DEATH

FFH HOSPITALS TRUST  et al

VCA et al

MARS INCORPORATED et al

BLUE PEARL VETERNIARY SPECIALTY CLINIC et al

UNAUTHORIZED CLONINGS NONCONSENT

ILLEGAL CLONING STEM CELLS FROM

UNAUTHORIZED TAKINGS FOR  PROFIT

SLIP  FALL  ON CARDIAC CLINIC

MAINOMIDES MEDICAL CENTER et al

CONSULATE HEALTH et al       SURGICAL  HARMS

COUMADIN  OVERDOSES

OVERDOSE  IN LETHAL PROPORTION

DR. PARIS et al      DENIAL OF TREATMENT

DR. J. KIRSCHSTEIN et al  MALNUTRITION

**SAUL EWING ARNSTEIN LEHR , et al LAND USE**

**RONALD COLICCHIO et al     UNETHICAL PRACTICE**

**JEFFREY CHANG et al      LEASE HOLD**

**JONATHAN BENJAMIN SHAPIRO et al**

**KATZ MATZ et al     TORTURIOUS CONTRACT**

**DICKLER ROTH et al    BENEIFICARY**

**KURT ROTH et al     INTERFERANCE**

**YOREEVO et al     FAILURE TO ACT**

**AREIL CAPITAL et al      UNDUE INFLUENCE**

**JOHNATHAN GOLDFARB et al BUYER FINACE FRAUD**

**JONATHAN B. SHAPIRO et al     DENIAL OF FUTURE INTEREST**

**INVESTCORP et al    UNLAWFUL CONTRACT PROPERTY**

**LAND USE  DENIAL OF OWNER**

**CONTRACTUAL ACQUISITION**

**OF CONSTRUCTION INTO LEASE**

**HOLD PROPERTY RIGHTS**

**ESTABLISHED IN INK BY WILL**

**TRUST  PERPUITITY RIGHTS**

**SOHAR BANK et al     CONFLICTS OF INTERST**

**RAJ SHETH et al      SELF ENRICHMENT**

**DIPA AMIN et al     ACTIONABLE LIBEL**

**FALSE CLAIMS OF HOUSING**

**DISCRIMINATION**



HCA WEST et al          ILLEGAL TAKINGS

NOTICE OF LIENS ON OFFSHORE,

DOMESTIC HOLDINGS

SCIENTIFIC RESEARCH ASSETS

RESEARCH ASSETS

BRANDON SURGERY CENTER et al

STATE FARM INSURANCE COMPANIES et al

STATE FARM LLOYDS et al    BREACH OF CONTRACT

CLEARWATER UNDERWRITING et al

TEMPLETON TRUST et al INSURANCE FRAUD

CREDIT SUISSE et al          $ 127 MILLION IN DIVERSION

BUSINESS LOAN BANK FRAUD

AND ANY AND ALL OTHER DEFENDANTS HERETOFORE
FILED et al

COUNSEL OF RECORD ET AL

MOULINAS AND ASSOCIATES ET AL


FILED IN VENUES OF CONTRACT JURISTDICTION

I, LIVIA M. SCOTTO, AS POWER OF ATTORNEY, HAVING

ON THIS DAY OF 15, OCTOBER 2021,

DO SWEAR THAT I BY LEGAL RELATION TO PARTIES
IN CONTRACT, HAVE CAUSE OF ACTION TO BRING
COMPLAINT WITH CLAIMS CIRCUMVENTED BY
OBSRUCTION OF LEGAL PROCESS IN PREVIOUS
VENUES OF FORUM SELECTION BASED ON LEGAL



MISDIAGNOSIS

JOHN R,. SCOTTO et al    TORTURE LIBEL

SALVATORE F. SCOTTO et al    ASSAULTS BATTERY

ILLEGAL FIDUCIARY BREACH OF CONTRACT

REID ARNSTIEN et al    FIDUCIART IMPERSONATION

ANGELA ALBA et al  FALSE LIGHT ILLEGAL TAKINGS

INTENTIONAL INFLICTION OF HARMS

ENCROACHMENT COLLUSION TO HARM

SLANDER PSYCHOLOGIAL ABUSE

INTIMIDATION FEAR SHOCK

MANIPULATION OF CONSCIENCE

DEFAMATION OF CHARACTER

MEDICAL TOET MISFEASANCE FEAUD

MARY A. SCOTTO et al    ELDER ABUSE

ACTIOMABLE LIVEL

MANIPULATION OF ASSET HELD IN TRUSR

FALSCIFICATION

DIAGNOSES OF MEDICAL

RECORD

HOSPITALS INSURANCE COMPANIES et al

OASIS et al    LOAN TO VALUE FRAUD

HANYS SIT et al    LOAN DIVERSIONS

WILLIS TOWERS WATSON et al

AREIL CAPITAL et al          UNDUE INFLUENCE

JOHNATHAN GOLDFARB et al  BUYER FINACE FRAUD

DENIAL OF FUTURE INTEREST

INVESTCORP et al    UNLAWFUL CONTRACT PROPERTY

LAND USE  DENIAL OF OWNER

CONTRACTUAL ACQUISITION

OF CONSTRUCTION INTO LEASE

HOLD PROPERTY RIGHTS

ESTABLISHED IN INK  BY WILL

TRUST  PERPUITITY RIGHTS

SOHAR BANK et al        CONFLICTS OF INTERST

RAJ SHETH et al         SELF ENRICHMENT

DIPA AMIN et al       ACTIONABLE LIBEL

FALSE CLAIMS OF HOUSING

DISCRIMINATION

BASED ON  ETHINCITY

CORCORAN TRUST et al UNJUST ENRICHMENT

EUGENE DALY et al        DENIAL OF TREATMENT

MARK MCDOUGLE et al  MALPRACTICE INSURANCE

STRICT ABSOLUTE LIABILITY

MEDICAL NEGLIGENCE

DENIAL OF TREATMENT

MISDIAGNOSIS  MALPRACTICE

OF NEW HOME CONSTRUCTION

STATED AS CAVEAT ENFORCEABLE UNDER
RULE OF PERPETUITIES FLORIDA PROPERTY

DENIAL OF RIGHTS OF TRUSTEES EXECUTRIX

ASSET BARGAIN SALE AGREEMENT
CONTRACT FAILURE TO FILE BY FORCED COERSION

MANIPULATION OF LEGAL ASSET

CONCETTA SCOTTO  et al HARMS WRONGS

ASSUALTS BATTERY

HEALTH MEDICAL RECORD FRAUD

IN WILL TRUST CIRCUMVENTION

CARMELA A. SCIABARRA et al MISDIAGNOSIS

LIVIA M, SCOTTO et al          FALSE IMPRISONMENT

INSTRUMENT TRUST

v.                ILLEGAL TRANSFER OF ASSET

FROM TRUST TAX HAVEN

SAUL EWING ARNSTEIN LEHR, et al  LAND USE

RONALD COLICCHIO et al     UNETHICAL PRACTICE

JEFFREY CHANG et al        LEASE HOLD

JONATHAN BENJAMIN SHAPIRO et al

KATZ MATZ et al      TORTURIOUS CONTRACT

DICKLER ROTH et al     BENEIFICARY

KURT ROTH et al        INTERFERANCE

YOREEVO et al          FAILURE TO ACT

NOTICE OF LIS PENDENS

NOTICE OF LIENS

ESTATE PROPERTY ASSET RECOVERY

" DUTY " ABANDONMENT

FRAUD BREACH CONTRACT

LIVIA M. SCOTTO et al          PROFESSIONAL LIABILITY

MOTION TO FILE LIENS FOR LEGAL MALPRACTICE INSURANCE COSTS FEES EXPENSES FOR ECONOMIC HARMS LOSSES IN THE CONCETTA SCOTTO ESTATE

MOTION FOR INVENTORY ATTORNEY TO PROCEED IN SUIT AGAINST THE DEFENDANTS ET AL

v.          PERCUNIARY HEDONIC AND SPECIFIED DAMAGES

SAUL EWING ARNSTEIN LEHR et al  PROFESSIONAL LIABILITY

WILLIS TOWERS WATSON et al   INSURANCE TORT INTERFERANCE

STATE FARM INSURANCE COMPANIES et al   CONFLICT OF INTEREST

MARS INCORPORATED et al

MAIMONIDES MEDICAL CENTER et al

AND ALL OTHER DEFENDANTS IN CONTRACT HERETOFORE FILED et al

SPECIFIED DAMAGES

MANIPULATION OF ASSET HELD IN TRUST

FALSCIFICATION

DIAGNOSES OF MEDICAL

RECORD

HOSPITALS INSURANCE COMPANIES et al

OASIS et al      LOAN TO VALUE FRAUD

HANYS SIT et al      LOAN DIVERSIONS

WILLIS TOWERS WATSON et al

HCA WEST et al      ILLEGAL TAKINGS

NOTICE OF LIENS ON OFFSHORE,

DOMESTIC HOLDINGS

SCIENTIFIC RESEARCH ASSETS

RESEARCH ASSETS

BRANDON SURGERY CENTER et al

STATE FARM INSURANCE COMPANIES et al

STATE FARM LLOYDS et al    BREACH OF CONTRACT

CLEARWATER UNDERWRITING et al

TEMPLETON TRUST et al INSURANCE FRAUD

CREDIT SUISSE et al      $ 127 MILLION IN DIVERSION

BUSINESS LOAN BANK FRAUD

AND ANY AND ALL OTHER DEFENDANTS HERETOFORE
FILED et al

COUNSEL OF RECORD ET AL

MOULINAS AND ASSOCIATES ET AL

DR. HECHT rt al          SURGICAL ERRORS

DR. JARIMILLIO et al  DUTY CAUSE OF MORBITY

DR. ZUCKERMAN et al        HIPPA FRAUD

                    DISEMMINATION OF FALSE

                         MEDICAL REPORT

CATHERINEANN SCOTTO SHAPIRO et al

JONATHAN B. SHAPIRO et al

PETER W, SCOTTO et al

MARY A. SCOTTO et al       MISDIAGNOSIS

JOHN R,. SCOTTO et al   TORTURE LIBEL

SALVATORE F. SCOTTO et al     ASSAULTS BATTERY

          ILLEGAL FIDUCIARY BREACH OF CONTRACT

REID ARNSTIEN et al    FIDUCIART IMPERSONATION

ANGELA ALBA et al  FALSE LIGHT ILLEGAL TAKINGS

          INTENTIONAL INFLICTION OF HARMS

       ENCROACHMENT COLLUSION TO HARM

          SLANDER PSYCHOLOGIAL ABUSE

             INTIMIDATION FEAR SHOCK

          MANIPULATION OF CONSCIENCE

       DEFAMATION OF CHARACTER

          MEDICAL TOET MISFEASANCE FEAUD

MARY A. SCOTTO et al      ELDER ABUSE

             ACTIOMABLE LIVEL

THE COUNTY OF MAUI et al     TORT
CONTRACT LOSSES

BREACH OF CONTRACT

INTERFERANCE

BANK LOAN DIVERSIONS

ASSUALTS BATTERY

ROBBERIES

PUNITIVE , HEDONIC ,
PERCUNIARY DAMAGES

TO  CONSTRUE

CLAIM , COMPLAINT

TO DATE TO

ORDER

RECORDS

FILED IN  VENUE

and All Other "AGENCIES " et al

ENTITIES , INDIVIDUALS BANK HOLDINGS
et al

CORPORATE , SHAREHOLDERS  et al

Counsel of Record et al

Heretofore Filed etal

*COUNTY OF HONOLULU et al*

*CORPORATION COUNSEL et al*

*NEL NET et al*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al CEO et al*

*WILLIAM J. MUNN et al*

*COUNSEL OF RECORD et al*

*ASAP UNION BANK TRUST et al*

*UNITED STATES DEPT OF JUSTICE et al*

*DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS et al*

*U.S. EDUCATION OCR OF SEATTLE*

*WASHINGTON ,DISTRICT OF COLUMBIA*

*STATE OF HAWAII et al*
*U.S. TREASURY et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*Bank of Hawaii ,et al*

*Wells Fargo  Bank et al*

*MAUI COMMUNITY COLLEGE et al*



*et al*

## CORPORATION COUNSELOF HONOLULU ,
### Hawaii
*et al*


## ARNAUD JACQUEMINet al

## LORENZOBINI SMAGHI et al

### And all shareholderparties, entities , et al


## FREDERIC ODUEA et al

## SGHAMBROS et al

## BANQUE DE FRANCE et al

*MEDERIOS TRUST et al*

*COUNTY OF MAUI et al*

*COUNTY OF HONOLULU et al*

*CORPORATION COUNSEL et al*

*NEL NET et al*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al CEO et al*

*WILLIAM J. MUNN et al*

*COUNSEL OF RECORD et al*

*ASAP UNION BANK TRUST et al*

*UNITED STATES DEPT OF JUSTICE et al*

*DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS et al*

*U.S. EDUCATION OCR OF SEATTLE*

*WASHINGTON ,DISTRICT OF COLUMBIA*

*STATE OF HAWAII et al*
*U.S. TREASURY et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*Bank of Hawaii ,et al*

*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION COUNSEL OF MAUI ,*

*COUNTY*

et al

*et al*

## CORPORATION COUNSELOF HONOLULU ,
### Hawaii
*et al*

## ARNAUD JACQUEMINet al

## LORENZOBINI SMAGHI et al

## And all shareholderparties, entities , et al

## FREDERIC ODUEA et al

## SGHAMBROS et al

## BANQUE DE FRANCE et al

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEYFEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTIONFOR TRAVEL EXPENSES TO VENUE*

*MOTIONFOR RES PLEVIN UPON APPEALLEES*

*MOTIONFOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC, SPECIAL, COMPENSATORYDAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL,DENIALOF MEDICAL*

*TREATMENT TO INTERNATIONAL DESTINATIONDENIEDBY THE*

*AFOREMENTIONED DEFENDANTS ,
APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND
DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS
BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL
EMPLOYEES ET AL OF UNITEDAIRLINES DATA
BREECH HACKING OF TRAVEL ITINERARY
FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONSDENIAL OF BOARDING robberiespilfering by property in airline warehouse registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

*MEDERIOS TRUST et al*

*COUNTY OF MAUI et al*

*COUNTY OF HONOLULU et al*

*CORPORATION COUNSEL et al*

**NEL NET et al**

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al CEO et al*

**WILLIAM J. MUNN et al**

**COUNSEL OF RECORD et al**

**ASAP UNION BANK TRUST et al**

**UNITED STATES DEPT OF JUSTICE et al**

**DEPARTMENT OF EDUCATION et al**

**OFFICE OF CIVIL RIGHTS et al**

**U.S. EDUCATION OCR OF SEATTLE**

**WASHINGTON ,DISTRICT OF COLUMBIA**

**STATE OF HAWAII et al**
**U.S. TREASURY et al**

**PENTAGON FEDERAL CREDIT UNION et al**

**Bank of Hawaii ,et al**

*Wells Fargo  Bank et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION  COUNSEL OF MAUI ,*

*COUNTY*

et al

*et al*

*CORPORATION COUNSELOF HONOLULU ,*
*Hawaii*
*et al*

*ARNAUD JACQUEMINet al*

*LORENZOBINI SMAGHI et al*

*And all shareholderparties, entities , et al*

*FREDERIC ODUEA et al*

*SGHAMBROS et al*

*BANQUE DE FRANCE et al*

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et  al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEYFEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTIONFOR TRAVEL EXPENSES TO VENUE*

*MOTIONFOR RES PLEVIN UPON APPEALLEES*

*MOTIONFOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC, SPECIAL, COMPENSATORYDAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS  of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL,DENIALOF  MEDICAL*

*TREATMENT TO INTERNATIONAL DESTINATIONDENIEDBY  THE*

*AFOREMENTIONED DEFENDANTS ,*
*APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND*
*DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS*
*BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL*
*EMPLOYEES ET AL OF UNITEDAIRLINES DATA*
*BREECH HACKING OF TRAVEL ITINERARY*
*FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*

*AFOREMENTIONED DEFENDANTS ,
APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND
DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS
BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL
EMPLOYEES ET AL OF UNITEDAIRLINES DATA
BREECH HACKING OF TRAVEL ITINERARY
FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*



*U.S. DEPARTMENT OF TREASURY et al*

*JONATHAN BEATTY TRUST et al*

*JAMES KRUEGER et al*

*THE CORPORATION COUNSEL of HONOLULU , MAUI . HAWAII et al*

*And all and any Other Defendants –Appellee's et al*

*Filed Heretofore et al*

*JESSICA MARIE MC CLEAN et al*

*(aka) JESSICA M. MC HALE et al*

*VOLKS ANWALT et al*

*UNITED CONTIENTAL HOLDIMGS et al*

*UNITED AIRLINES and ALL AFFILIATES PARTNERS SUBSIDIARIES et al*

*CAROLYN COLVI et al*

*BRETT HART et al*

*OSCAR MUNOZ et al*

*HENRY MEYER et al*

*ALTIMETER et al*

*BLACKROCK  et al*

*SANTANDER  BANK et al*

*BARCLAYS BANK et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*BRICKELL BANK  et al*

*CREDIT SUISSE et al*

*BANQUE OF LUXEMNOURG et al*

*UNITED AIRLINES  et al*

*UNITED CONTIENTAL HOLDINGS et al*

*And all UAL BOARD MEMBERS et al*

*SOCIETE GENERALE  SA  et al*

*SOCIETE GENERALE   AFFILIATES et al*

*CORPORATE  PARTNERS  et al*

*BOARD of  DIRECTORS   et al*

*PRESIDENT OF THE BOARD  et al*

*JEAN-PHILLIPPE GUILLAUME    et al*

*PIERRE YVES DEMOURES  et al*

*And all and any Members  of the Board  of Directors  et al*

*LORENZO  BINI  SMAGHI et al*

*JEAN- BERNARD  LEVY  et al*

*ALEXANDRA SCHAAPVELD et ak*

*QATARARI REAL EASTATE    et al*

*SHEIKH ABDULLAH  BIN  HAMAD  et al*

*BIN KHALIFA AL THNAI  FAMILY TRUST et al*

*H.E.SHEIKH ABDULLAH TRUST et al*

*AIR FRANCE  et al*

*ANN MARIE COUTREC et al*

*XAVIER HULLIARD  et al*

*VINCI  EUROVIA et al*

*VINCI GROUP et al*

*VINCI CONCESSIONS et al*

*VINCI FACILITIES rt al*

*VINCI  CONSTRUCTION  et al*

*M.DYER AND SONS et al and all  AFFILIATES et al*

*M.DYER AND SONS INC. PARTNERS et al*

*M. DYER AND SONS  INCORPORATED    et al*

*PRIVCO  et al*

*U.S. VETERANS AFFAIRS  et al*

*U.S. DEPARTMENT OF AGRICULTURE  et al*

*U.S. FARM BUREAU et al*

*U.S.OFFICE OF PERSONNEL MANAGEMENT et al*

*U.S. DEPARTMENT  OF DEFENSE et al*

*U.S.OFFICE OF THE GENERAL COUNSEL et al*

*OFFICE OF GENERAL LAW  et al*

*ATLANTIC RELOCATIONS et al*

*PAC GLOBAL et al*

*EXCESS BAGGAGE INTERNATIONAL MOVERS  et al*

*PENTAGON FEDERAL CREDIT UNION  et al*

*J.P. MORGAN et al*

*TRUE NORTH  RELOCATIONS  et al*

*HONOLULU INTERNATIONAL AEROPORT et al*

*U.S. DEPARTMENT OF LABOR et al*

*U.S. VETS  HOUSING, BARBER'S  POINT  and WAIANAE  OAHU HAWAII et al*

*U.S. FEDERAL BUREAU of  INVESTIGATION  et al od MAUI KAPOLEI HONOLULU  , HAWAII et al*

*MAUI PROSCEUTOR ATTORNEYS OFFICE et al*

*STATE  OF HAWAII   et al*

*U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al*

*U.S. NATIONAL LABOR INDUSTRY RELATIONS et al*

*STATE OF TEXAS WORK FORCE DEVELOPMENT AGENCY et al*

*WATERFORD SPRINGS  et al of  SPRING , TEXAS*

*JORDAN FOSTER  DEVELOPERS CONSTRUCTION COMPANIES et al*

*For HARRIS COUNTY  and SPRING TEXAS*

*STATE OF TEXAS  DEPARTMENT OF LABOR   et al*

*DANIEL HU et al  DEPUTY ATTORNEY GENERAL for US O.A.G.*

*U.S. OFFICE ATTORNEY   KEN MAGIDSON et al for HOUSTON TEXAS*

*U.S. OFFICE OF THE ATTORNEY GENERAL   et al*

*U.S. JUDICIAL OFFICERS OF  MAUI , HONOLULU, HAWAII*

*U.S.JUDICIAL OFFICERS OF SOUTHERN DISTRICT , NEW YORK ,HOUSTON ,DALLAS, TEXAS  et al*

*JUDICIAL OFFICERS  of  JUDICIARY  SECOND CIRCUIT COURT et al*

*WAILUKU , HAWAII OAHU , FIRST CIRCUIT COURT et al*

*STATE OF HAWAII JUDICIARY et al*

*ON JUDICIAL CONDUCT   et al*

*OAHU FIRST CIRCUIT  JUDICIAL OFFICERS et al*

*FAMILY COURT KAPOLEI  HAWAII et al*

*HONOLULU PROSCEUTORS ATTORNEYS OFFICE et al*

*DISTRICT COURT JUDGES et al of the FIRST CIRCUIT*

*KAUIKEAOULI  HALE ALAKEA  ST HONOLULU HAWAII*

*SUPREME COURT  JUSTICES  et al*

*COURT OF APPEALS*

*ADVENTURE RESORTS REALTY et al*

*JORDAN FOSTER et al*

*GREYSTAR et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*THE MEDEROIS TRUST et al of MAUI HAWAII  et al*

*JONATHAN BEATTY TRUST of KEHEI ,KAHALUI et al*

*THE CORPORATION COUNSEL  of  MAUI*

*MOTION FOR APPOINTMENT OF ATTORNEY*

*ASSIGNMENT OF  COUNSEL*

*MOTION FOR BOND FOR COSTS*

*PURSUANT TO RULE  FRAP.*

*NOTICE OF  FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEY FEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTION FOR TRAVEL EXPENSES TO VENUE*

*MOTION FOR RES PLEVIN UPON APPEALLEES*

*MOTION FOR ORDER OF WARRANT TO
APPEALEES et al*

*FOR APPEALLANTS BANK DEPOSITS LOANS OF
$25 ,000,000.00*

*Bank of Hawaii ,et al*

*Wells Fargo  Bank et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION  COUNSEL OF MAUI ,*

*COUNTY*

et al



*et al*

## *CORPORATION COUNSELOF HONOLULU ,*
### *Hawaii*
### *et al*

## *ARNAUD JACQUEMINet al*

## *LORENZOBINI SMAGHI et al*

### *And all shareholderparties, entities , et al*

## *FREDERIC ODUEA et al*

## *SGHAMBROS et al*

## *BANQUE DE FRANCE et al*

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et  al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC
AND PROOF OF SERVICE UPON   Corporate
HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*



CORPORATION COUNSEL et al    CRIMINAL CONSPIRACY

SPECIFIED HARMS  ASSAULTS BATTERY INJURIES

ADVENTURE RESORTS REALTY et al  SEXUAL HARASSMENT

Maks CORPORATIONS et al ILLEGAL STEM CELL CLONINGS

BLUE PEARL VETERARIAN SPECIALTY CLINICS et al

MEDEIROS TRUST et al

JONATHAN HEALTH TRUST et al

DiSTASIO HOLDINGS et al  PROFESSIONAL LIABILITY

DiSTASIOS LAW Firm et al ATTORNEY IN FACT DECEIT

WRONGFUL DEATH

U.S. DEPARTMENT OF STATE et al

U.S. DEPARTMENT OF EDUCATION OCR et al CULPABILITY

U.S. EDUCATIONAL  CREDIT MANAGEMENT et al

ECMC et al

NELLNET et al                        LOAN FRAUD

U.S. DEPARTMENT OF AGRICULTURE et al

CREDIT SUISSE et al                         19-4178

N.Y.U. LANGONE et al And all Other Defendants –Appellees Hereto fore filed et al

UNITED STATES DEPARTMENT OF STATE  PASSPORT AGENCY et al

UNITED STATES DEPARTMENT OF  EDUCATION  et al

UNITED STATES TREASURY et al

NEW YORK CITY COUNTY POLICE DEPARTMENT et al

NEW YORK CITY HEALTH HOSPITALS CORPORATION et al

STATE OF NEW YORK et al     SEXUAL ASSAULTS  KIDNAPPING

JORDAN FOSTER et al  EMPLOYMENT CONTRACT  LAW VIOLATIONS

GREYSTAR et al

And All and Any Other Defendants – Appellees et al Hereto fore filed et al

*AFOREMENTIONED DEFENDANTS ,*
*APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND*
*DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS*
*BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL*
*EMPLOYEES ET AL OF UNITEDAIRLINES DATA*
*BREECH HACKING OF TRAVEL ITINERARY*
*FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*



*DENIAL OF MEDICAL TREATMENT*
*EMPLOYMENT SALARY IN SEXUAL*
*HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related*
*tickets miles luggage CARGO STRANDING stolen*
*larceny DEPRIVATIONSDENIAL OF BOARDING*
*robberiespilfering by  property in airline warehouse*
*registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK,  HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEYFEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTIONFOR TRAVEL EXPENSES TO VENUE*

*MOTIONFOR RES PLEVIN UPON APPEALLEES*

*MOTIONFOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for AWARDS FOR PUNITIVE,*
*PERCUNIARY, HEDONIC, SPECIAL,*
*COMPENSATORYDAMAGES AND CIVIL MONEY*
*PENALTIES CLAWBACKS of LOAN DIVERSIONS*
*LOSS OF SEVICE ANIMAL,DENIALOF MEDICAL*

*TREATMENT TO INTERNATIONAL*
*DESTINATIONDENIEDBY THE*



*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION  COUNSEL OF MAUI ,*

*COUNTY*

et al

*et al*

## CORPORATION COUNSELOF HONOLULU ,
*Hawaii*
*et al*

## ARNAUD JACQUEMINet al

## LORENZOBINI SMAGHI et al

## And all shareholderparties, entities , et al

## FREDERIC ODUEA et al

## SGHAMBROS et al

## BANQUE DE FRANCE et al

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEYFEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTIONFOR TRAVEL EXPENSES TO VENUE*

*MOTIONFOR RES PLEVIN UPON APPEALLEES*

*MOTIONFOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for AWARDS FOR PUNITIVE,
PERCUNIARY, HEDONIC, SPECIAL,
COMPENSATORYDAMAGES AND CIVIL MONEY
PENALTIES CLAWBACKS  of LOAN DIVERSIONS
LOSS OF SEVICE ANIMAL,DENIALOF  MEDICAL*

*TREATMENT TO INTERNATIONAL
DESTINATIONDENIEDBY  THE*

*AFOREMENTIONED DEFENDANTS ,*
*APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND*
*DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS*
*BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL*
*EMPLOYEES ET AL OF UNITEDAIRLINES DATA*
*BREECH HACKING OF TRAVEL ITINERARY*
*FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONSDENIAL OF BOARDING robberiespilfering by property in airline warehouse registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK,  HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO  CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION   FOR  CHANGE OF  VENUE

IN THE US COURT OF APPEALS FORTHE 11$^{TH}$CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE  EUROPEAN COURT

## MOTION TO CONSOLIDATECASES FILED

## IN VENUES DIVISIONS OF THE DISTRICT COURT

## OF FLORIDA  JACKSONVILLE  DIVISION

## TAMPA DIVISION

## MOTION TO SHOW CAUSE OF ACTION IN TORTS

## ABANDONMENT BY " ATTORNEY IN FACT"

## JESSICA MARIE  MC CLEAN  et al

## PRINCIPLE  OF" VOLKS  ANWALT  "  et al

## Dba  "For The People " et  al

## And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

# MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**

15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV   SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

IN THE  JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE  OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016 -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662  14-668  SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

---

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816

# MOTION FOR REINSTATEMENT OF APPEAL PENDING ON CASE NO 8:18-cv-1495
## See other additional cases <u>related</u> CASE NO 8:18-cv-1430

# Court Of Appeals

## CERTIFICATE OF INTERESTED PERSONS

CORPORATE  DISCLOSURE STATEMENT

All and any entities filed  IN  THE U,S, DISTRICT COURT

IN THE EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT  NEW JERSEY

IN THE U,S, DISTRICT COURT HOUSTON TEXAS

IN THE U.S. DISTRICT COURT

WAILUKU, MAUI

HONOLULU  DIVISIONS HAWAI'I

IN THE U,S, COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR THE FIFTH CIRCUIT
FOR THE  THIRD CIRCUIT

Carmela Sciabarra
2710 Golf Heights Cir
Valrico, FL 33596





**Retail**

UNITED STATES
POSTAL SERVICE.

**US POSTAGE PAID**

**$15.55**

Origin: 33594
08/13/22
1191500345-13

**USPS RETAIL GROUND®**

2 Lb 11.50 Oz

**1006**

SHIP
TO:

PHILADELPHIA PA 19101

**USPS SIGNATURE® TRACKING #**

9534 9161 6222 2225 9226 86

United States District Court
Clerk of the Court Eastern District,
U.SDC PAED U.S. Courthouse

James A. Byrne,

601 Market Street

Philadelphia, P.A., 19101